IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. | |
| v. | NO. 2:10-CV-574-DF |
| THE WESTERN UNION COMPANY;  ET AL. | JURY |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS OF BUILD-A-BEAR WORKSHOP, INC.

Plaintiff Geotag, Inc. ("Geotag") answers the counterclaims of Defendant Build-A-Bear Workshop, Inc. ("Build-A-Bear") by corresponding paragraph number as follows:

1. Admitted that Build-A-Bear purports to assert counterclaims. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Build-A-Bear is entitled to any declaratory relief.

2. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

3-4. Admitted.

5. Geotag incorporates its responses to paragraphs 1-4 above.

6. Admitted.

7. Denied.

8. Admitted there is a "case or controversy" for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

9. Paragraph 9 is blank.

10-11. Denied.

12. Geotag incorporates its responses to paragraphs 1-11 above.

13. Admitted.

14. Denied.

15. Admitted there is a "case or controversy" for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

16-17. Denied.

18. To the extent necessary, Geotag denies that Defendant is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Geotag generally denies any allegation in the counterclaims not specifically admitted above, and Geotag re-alleges infringement, validity and damages, and denies any allegations in the counterclaims adverse to same.

PRAYER FOR RELIEF

WHEREFORE, Geotag respectfully requests that this Court enter judgment denying and dismissing Defendant's counterclaims, and that the Court enter judgment in favor of Geotag as requested in Geotag's complaint, as amended or supplemented.

March 7, 2011

Respectfully submitted,

GEOTAG, INC.

By: /s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

                                      Charles van Cleef
                                      COOPER & VAN CLEEF, PLLC
                                      500 N Second St.
                                      Longview, TX 75601
                                      (903) 248-8244
                                      (903) 248-8249 fax
                                      charles@coopervancleef.com

                                      ATTORNEYS FOR PLAINTIFF
                                      GEOTAG, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 7, 2011                                */s/ John J. Edmonds*
                                                John J. Edmonds