IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: 2:10-cv-574 |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| THE WESTERN UNION COMPANY, ET AL. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT SCOTTS MOTION TO DISMISS

On March 8, 2011, Defendant The Scotts Company LLC ("Scotts") filed its Motion to Dismiss Plaintiff Geotag, Inc.'s ("Geotag") Complaint in the above-captioned proceeding for failure to state of claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

After reviewing this Motion, **IT IS HEREBY ORDERED** that:

The Motion is GRANTED. Geotag's Complaint as to Defendant Scotts is hereby dismissed on the ground that Geotag fails to state a claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

_____
DISTRICT COURT JUDGE PRESIDING