IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,** § | |
| § | |
| *Plaintiff*, § | |
| vs. § | Civil Action No. 2:10-cv-00574-DF-CE |
| § | |
| **THE WESTERN UNION COMPANY,** § | Jury Trial Demanded |
| **ET AL.,** § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT AGREED DOCKET CONTROL ORDER, DISCOVERY ORDER AND AGREED MEDIATOR

The Court having considered the Unopposed Motion for Extension of Time to Submit Agreed Docket Control Order, Discovery Order and Agreed Mediator, and finding good cause supporting it, finds the Motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to Submit Agreed Docket Control Order, Discovery Order and Agreed Mediator is hereby GRANTED, and the deadline for the parties to file their agreed docket control order, discovery order and agreed mediator is extended to September 23, 2011.

SIGNED this 12th day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE