## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:10-cv-00265** |
| **FRONTIER COMMUNICATIONS CORPORATION,** *et al.*, | |
| **Defendant,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:10-cv-00272** |
| **YELLOWPAGES.COM, LLC,** *et al.*, | |
| **Defendants,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:10-cv-00569** |
| **GEORGIO ARMANI S.P.A.;** *et al.*, | |
| **Defendants,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:10-cv-00570** |
| **AROMATIQUE, INC.;** *et al.*, | |
| **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.;** *et al.,*<br><br>        **Defendants,** | **2:10-cv-00571** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**STARBUCKS CORP.;** *et al.,*<br><br>        **Defendants.** | **2:10-cv-00572** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.;** *et al.,*<br><br>        **Defendants.** | **2:10-cv-00573** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY;** *et al.,*<br><br>        **Defendants.** | **2:10-cv-00574** |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff.** | |
| **v.** | **2:10-cv-00575** |
| **ROYAL PURPLE, INC.;** *et al.,* | |
|     **Defendants.** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:10-cv-00587** |
| **YAKIRA, L.L.C.;** *et al.,* | |
|     **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:11-cv-00175** |
| **WHERE 2 GET IT, INC.;** *et al.,* | |
|     **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:11-cv-00403** |
| **ZOOSK, INC.** | |
|     **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00404** |
| **EYE CARE CENTERS OF AMERICA, INC.** | |
| **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00421** |
| **AMERCO,** *et al.* | |
| **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00424** |
| **7-ELEVEN, INC.,** *et al.,* | |
| **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00425** |
| **SUNBELT RENTALS, INC.** | |
| **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00426** |
| **CLASSIFIED VENTURES, LLC.** | |
| **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00043** |
| **CANON INC. and,**<br>**CANON U.S.A., INC.,** | |
| **Defendants,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00436** |
| **AMERICAN APPAREL INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00437** |
| **ABERCROMBIE & FITCH CO.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| v. | **2:12-cv-00438** |
| **AMERICAN EAGLE OUTFITTERS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| v. | **2:12-cv-00439** |
| **ANN INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| v. | **2:12-cv-00441** |
| **BURLEIGH POINT LTD.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| v. | **2:12-cv-00442** |
| **CATALOGUE VENTURES, INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00443** |
| **BURBERRY LIMITED,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00444** |
| **BURLINGTON FACTORY WAREHOUSE CORPORATION,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00445** |
| **CACHE INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00446** |
| **THE WILLIAM CARTER COMPANY,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00447** |
| **CHARMING SHOPPES INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00448** |
| **CHICO'S FAS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00449** |
| **CITI TRENDS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00450** |
| **CLAIRE'S BOUTIQUES, INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00451** |
| **COLDWATER CREEK INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00452** |
| **DAVID'S BRIDAL INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00453** |
| **DEB SHOPS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00454** |
| **DELIAS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**DESTINATION MATERNITY CORPORATION,**<br><br>   **Defendant,** | **2:12-cv-00455** |
| **GEOTAG INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**DIESEL U.S.A. INC.,**<br><br>   **Defendant,** | **2:12-cv-00456** |
| **GEOTAG INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**DONNA KARAN INTERNATIONAL INC.,**<br><br>   **Defendant,** | **2:12-cv-00457** |
| **GEOTAG INC.,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.,**<br><br>   **Defendant,** | **2:12-cv-00458** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00459** |
| **DOTS, LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00460** |
| **DRAPER'S & DAMON'S INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00461** |
| **EDDIE BAUER LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00462** |
| **ESPRIT US RETAIL LIMITED,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00463** |
| **FACTORY CONNECTION LLC,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00464** |
| **THE FINISH LINE INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00465** |
| **FOREVER 21 RETAIL INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00466** |
| **FORMAL SPECIALISTS LTD.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**FREDERICK'S OF HOLLYWOOD STORES INC.,**<br><br>      **Defendant,** | **2:12-cv-00467** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**GROUPE DYNAMITE, INC. D/B/A GARAGE,**<br><br>      **Defendant,** | **2:12-cv-00468** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**GUESS? RETAIL INC.,**<br><br>      **Defendant,** | **2:12-cv-00469** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**H&M HENNES & MAURITZ LP,**<br><br>      **Defendant,** | **2:12-cv-00470** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00471** |
| **HANESBRANDS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00472** |
| **HOT TOPIC INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00473** |
| **HUGO BOSS FASHION INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00474** |
| **J. CREW GROUP INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00475** |
| **JIMMY JAZZ INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00476** |
| **JOS. A. BANK CLOTHIERS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00477** |
| **ALCO STORES INC.** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00478** |
| **FRED'S INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00479** |
| **BAKERS FOOTWEAR GROUP,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00480** |
| **BROWN SHOE COMPANY INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00481** |
| **COLLECTIVE BRANDS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00482** |
| **CROCS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**DSW INC. D/B/A DSW SHOE INC.,**<br><br>      **Defendant,** | **2:12-cv-00483** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**FLEET FEET INC.,**<br><br>      **Defendant,** | **2:12-cv-00484** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**GENESCO INC.,**<br><br>      **Defendant,** | **2:12-cv-00486** |
| **GEOTAG INC.,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**HEELY'S INC,**<br><br>      **Defendant,** | **2:12-cv-00487** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00488** |
| **JUSTIN BOOT COMPANY,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00520** |
| **AMERICAN GREETINGS CORPORATION,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00521** |
| **HALLMARK CARDS, INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00522** |
| **HICKORY FARMS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00523** |
| **SPENCER GIFTS LLC,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00524** |
| **INTERNATIONAL COFFE & TEA, LLC,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00525** |
| **THINGS REMEMBERED, INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00526** |
| **THE YANKEE CANDLE COMPANY,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00527** |
| **BOSE CORPORATION,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00528** |
| **GUITAR CENTER INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00529** |
| **PROGRESSIVE CONCEPTS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00530** |
| **24 HOUR FITNESS WORLDWIDE INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00531** |
| **BALLY TOTAL FITNESS CORPORATION,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00532** |
| **BARE ESCENTUALS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00533** |
| **BIOSCRIP INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00534** |
| **CRABTREE & EVELYN,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00535** |
| **CURVES INTERNATIONAL INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00536** |
| **GOLD'S GYM INTERNATIONAL INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00537** |
| **GREAT CLIPS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00538** |
| **L.A. FITNESS INTERNATIONAL LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00539** |
| **LIFE TIME FITNESS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00540** |
| **M.A.C. COSMETICS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00541** |
| **MERLE NORMAN COSMETICS,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00542** |
| **VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00543** |
| **REGIS CORPORATION,** | |
|     **Defendant,** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00544** |
| **SALLY BEAUTY SUPPLY LLC,** | |
|     **Defendant,** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00545** |
| **SEPHORA USA INC.,** | |
|     **Defendant,** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00546** |
| **TONI & GUY USA, LLC,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**ULTA SALON, COSMETICS & FRAGRANCE INC.,**<br><br>        **Defendant,** | **2:12-cv-00547** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**VITAMIN SHOPPE INDUSTRIES, INC.,**<br><br>        **Defendant,** | **2:12-cv-00548** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**EYEMART EXPRESS, LTD.,**<br><br>        **Defendant,** | **2:12-cv-00549** |
| **GEOTAG INC.,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**LUXOTTICA RETAIL MORTH AMERICA INC.,**<br><br>        **Defendant,** | **2:12-cv-00550** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00551** |
| **NATIONAL VISION INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00552** |
| **U.S. VISION INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00553** |
| **WILD BIRDS UNLIMITED INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00554** |
| **JOS. A. BANK CLOTHIERS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00555** |
| **BUTH-NA-BODHAIGE INC.,** | |
|     **Defendant,** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00556** |
| **PSP GROUP, LLC,** | |
|     **Defendant,** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00557** |
| **RITZ INTERACTIVE LLC,** | |
|     **Defendant,** | |
| **WHERE 2 GET IT, INC.; *et al*.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00149** |
| **GEOTAG INC.,** | |
|     **Defendant.** | |

## MOTION FOR EXTENSION OF TIME TO SECURE NEW COUNSEL

Plaintiff GeoTag, Inc. ("Plaintiff") files this Motion for Extension of Time to Secure New Counsel and would respectfully show the Court the following:

Plaintiff has retained new local counsel and requests an additional 14 days to assemble its full team of lead counsel.

Plaintiff terminated its former counsel Buether Joe & Carpenter, LLC, Ni Law Firm and the Law Offices of Young Pickett on August 27, 2012.  Since that time, Plaintiff has been active and diligent in its efforts to secure substitute representation.  Plaintiff's representatives have personally met with five law firms and have spoken with more than ten additional law firms regarding representation in these lawsuits.  Through multiple discussions with numerous lawyers, Plaintiff has discovered this litigation is too large for a single law firm to handle, therefore Plaintiff is interviewing multiple law firms to assemble a team to represent GeoTag in these lawsuits.  Plaintiff has encountered difficulties coordinating the team effort due to a variety of factors, including the size, scope and complexity of the lawsuits, the number of defendants, conflicts of interest (many law firms have a conflict due to the number of defendants), staffing/availability necessary to take on such a complex representation and coordination with related litigation in the District of Delaware.

Plaintiff attaches the Declaration of John Veenstra (attached as Exhibit A) to verify its diligent efforts to secure new counsel and to support its request for additional time to assemble its full team of lead counsel.

Plaintiff has retained the law firm of Spangler & Fussell, P.C. to act as local counsel. However, Plaintiff requests an additional 14 days to assemble its full team of lead counsel.  The Defendants will not be prejudiced by an extension of time to secure new lead counsel because

Plaintiff will continue to meet the deadlines set by the Court in its August 31, 2012 Amended Scheduling Order.  This extension is not sought for delay, but so that justice may be done.


Dated:  September 10, 2012                    Respectfully submitted,


By:  /s/ Andrew W. Spangler
                      Andrew W. Spangler
                      State Bar No. 24041960
                      Spangler & Fussell P.C.
                      208 N. Green St., Suite 300
                      Longview, TX 75601
                      Telephone:  (903) 753-9300
                      Facsimile:  (903) 553-0403
                      Email:spangler@sfipfirm.com

                      LOCAL COUNSEL FOR
                      GEOTAG, INC.


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement of Local Rule CV-7(h) and that the motion is opposed and that an open issue exists for the Court to resolve.

                        /s/ Andrew W. Spangler
                       Andrew W. Spangler


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2012, to all counsel of record who are deemed to have consented to electronic service vi the Court's CM/ECF system per Local Rule CV-5(a)(3).


                        /s/ Andrew W. Spangler
                       Andrew W. Spangler