## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORP., *et al.*, | 2:10-cv-265 |
| GEOTAG, INC.,<br><br>v.<br><br>YELLOWPAGES.com LLC | 2:10-cv-272 |
| GEOTAG, INC.,<br><br>v.<br><br>GEORGIO ARMANI S.P.A., *et al.*, | 2:10-cv-569 |
| GEOTAG, INC.,<br><br>v.<br><br>AROMATIQUE, INC., *et al.*, | 2:10-cv-570 |
| GEOTAG, INC.,<br><br>v.<br><br>GUCCI AMERICA, INC., *et al.*, | 2:10-cv-571 |
| GEOTAG, INC.,<br><br>v.<br><br>STARBUCKS CORP., *et al.*, | 2:10-cv-572 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.,** *et al.***,** | **2:10-cv-573** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY,** *et al.***,** | **2:10-cv-574** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ROYAL PURPLE, INC.,** e*t al.***,** | **2:10-cv-575** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YAKIRA, L.L.C.,** e*t al.***,** | **2:10-cv-587** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**WHERE 2 GET IT, INC.,** e*t al.***,** | **2:11-cv-175** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ZOOSK, INC.** | **2:11-cv-403** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**EYE CARE CENTERS OF AMERICA, INC.,**<br> *et al.,* | **2:11-cv-404** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CIRCLE K STORES, INC.,** *et al.,* | **2:11-cv-405** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AMERCO,** *et al.,* | **2:11-cv-421** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**7-ELEVEN, INC.,** *et al.,* | **2:11-cv-424** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**SUNBELT RENTALS, INC.** | **2:11-cv-425** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CLASSIFIED VENTURES, LLC** | **2:11-cv-426** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**CANON INC.,** *et al.,* | **2:12-cv-43** |
| **WHERE 2 GET IT, INC.,**<br><br>v.<br><br>**GEOTAG, INC.** | **2:12-cv-149** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AMERICAN APPAREL INC.** | **2:12-cv-436** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ABERCROMBIE & FITCH CO.** | **2:12-cv-437** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AMERICAN EAGLE OUTFITTERS INC.** | **2:12-cv-438** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ANN INC.** | **2:12-cv-439** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**NEW ASHLEY STEWART, INC.** | **2:12-cv-440** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BILLABONG RETAIL INC.** | **2:12-cv-441** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CATALOGUE VENTURES, INC.** | **2:12-cv-442** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BURBERRY LIMITED** | **2:12-cv-443** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BURLINGTON FACTORY WAREHOUSE CORPORATION** | **2:12-cv-444** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CACHE INC.** | **2:12-cv-445** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WILLIAM CARTER COMPANY** | **2:11-cv-446** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHARMING SHOPPES INC.** | **2:12-cv-447** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHICO'S FAS INC.** | **2:12-cv-448** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CITI TRENDS INC.** | **2:12-cv-449** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CLAIRE'S BOUTIQUES, INC.** | **2:12-cv-450** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**COLDWATER CREEK INC.** | **2:12-cv-451** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>DAVID'S BRIDAL INC. | 2:12-cv-452 |
| GEOTAG, INC.,<br><br>v.<br><br>DEB SHOPS INC. | 2:12-cv-453 |
| GEOTAG, INC.,<br><br>v.<br><br>DELIAS INC. | 2:11-cv-454 |
| GEOTAG, INC.,<br><br>v.<br><br>DESTINATION MATERNITY CORPORATION | 2:12-cv-455 |
| GEOTAG, INC.,<br><br>v.<br><br>DIESEL U.S.A. INC. | 2:12-cv-456 |
| GEOTAG, INC.,<br><br>v.<br><br>DONNA KARAN INTERNATIONAL INC. | 2:12-cv-457 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.** | **2:12-cv-458** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DOTS, LLC** | **2:12-cv-459** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DRAPER'S & DAMON'S INC.** | **2:12-cv-460** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EDDIE BAUER LLC** | **2:12-cv-461** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ESPRIT US RETAIL LIMITED** | **2:12-cv-462** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FACTORY CONNECTION LLC** | **2:11-cv-463** |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> THE FINISH LINE INC. | 2:11-cv-464 |
| GEOTAG, INC., <br><br> v. <br><br> FOREVER 21 RETAIL INC. | 2:12-cv-465 |
| GEOTAG, INC., <br><br> v. <br><br> FORMAL SPECIALISTS LTD. | 2:12-cv-466 |
| GEOTAG, INC., <br><br> v. <br><br> FREDERICK'S OF HOLLYWOOD STORES INC. | 2:12-cv-467 |
| GEOTAG, INC., <br><br> v. <br><br> GROUPE DYNAMITE, INC. D/B/A GARAGE | 2:12-cv-468 |
| GEOTAG, INC., <br><br> v. <br><br> GUESS? RETAIL INC. | 2:12-cv-469 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**H&M HENNES & MAURITZ LP** | **2:12-cv-470** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HANESBRANDS INC.** | **2:12-cv-471** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HOT TOPIC INC.** | **2:12-cv-472** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HUGO BOSS FASHION INC.** | **2:12-cv-473** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**J. CREW GROUP INC.** | **2:12-cv-474** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JIMMY JAZZ INC.** | **2:12-cv-475** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS INC. | 2:12-cv-476 |
| GEOTAG, INC.,<br><br>v.<br><br>ALCO STORES INC. | 2:12-cv-477 |
| GEOTAG, INC.,<br><br>v.<br><br>FRED'S INC. | 2:12-cv-478 |
| GEOTAG, INC.,<br><br>v.<br><br>BAKERS FOOTWEAR GROUP | 2:12-cv-479 |
| GEOTAG, INC.,<br><br>v.<br><br>BROWN SHOE COMPANY INC. | 2:11-cv-480 |
| GEOTAG, INC.,<br><br>v.<br><br>COLLECTIVE BRANDS INC. | 2:12-cv-481 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CROCS INC.** | **2:12-cv-482** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DSW INC. D/B/A DSW SHOE INC.** | **2:12-cv-483** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FLEET FEET INC.** | **2:12-cv-484** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FOOT SOLUTIONS INC.** | **2:12-cv-485** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GENESCO INC.** | **2:12-cv-486** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HEELY'S INC.** | **2:12-cv-487** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JUSTIN BOOT COMPANY** | **2:12-cv-488** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERICAN GREETINGS CORPORATION** | **2:12-cv-520** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HALLMARK CARDS, INC.** | **2:12-cv-521** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HICKORY FARMS INC.** | **2:12-cv-522** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SPENCER GIFTS LLC** | **2:12-cv-523** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**INTERNATIONAL COFFEE & TEA, LLC** | **2:11-cv-524** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THINGS REMEMBERED, INC.** | **2:11-cv-525** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE YANKEE CANDLE COMPANY, INC.** | **2:12-cv-526** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BOSE CORPORATION** | **2:12-cv-527** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUITAR CENTER INC.** | **2:12-cv-528** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**PROGRESSIVE CONCEPTS INC.** | **2:12-cv-529** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**24 HOUR FITNESS WORLDWIDE INC.** | **2:12-cv-530** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BALLY TOTAL FITNESS CORPORATION** | **2:12-cv-531** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BARE ESCENTIALS INC.** | **2:12-cv-532** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BIOSCRIP INC.** | **2:12-cv-533** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CRABTREE & EVELYN** | **2:12-cv-534** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CURVES INTERNATIONAL INC.** | **2:12-cv-535** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GOLD'S GYM INTERNATIONAL INC.** | **2:12-cv-536** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GREAT CLIPS INC.** | **2:12-cv-537** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**L.A. FITNESS INTERNATIONAL INC.** | **2:12-cv-538** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LIFE TIME FITNESS INC.** | **2:12-cv-539** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**M.A.C. COSMETICS INC.** | **2:12-cv-540** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**MERLE NORMAN COSMETICS** | **2:11-cv-541** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.** | **2:12-cv-542** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**REGIS CORPORATION** | **2:12-cv-543** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SALLY BEAUTY SUPPLY LLC** | **2:12-cv-544** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SEPHORA USA INC.** | **2:12-cv-545** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**TONI&GUY USA, LLC** | **2:12-cv-546** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ULTA SALON, COSMETICS & FRAGRANCE, INC.** | **2:12-cv-547** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN SHOPPE INDUSTRIES, INC.** | **2:12-cv-548** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>EYEMART EXPRESS, LTD. | 2:12-cv-549 |
| GEOTAG, INC.,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC. | 2:11-cv-550 |
| GEOTAG, INC.,<br><br>v.<br><br>NATIONAL VISION INC. | 2:12-cv-551 |
| GEOTAG, INC.,<br><br>v.<br><br>U.S. VISION INC. | 2:12-cv-552 |
| GEOTAG, INC.,<br><br>v.<br><br>WILD BIRDS UNLIMITED INC. | 2:12-cv-553 |
| GEOTAG, INC.,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS INC. | 2:12-cv-554 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**BUTH-NA-BODHAIGE INC.** | **2:12-cv-555** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**PSP GROUP, LLC** | **2:12-cv-556** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**RITZ INTERACTIVE LLC** | **2:12-cv-557** |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR EXTENSION OF TIME

The under-signed Defendants respectfully oppose GeoTag's Motion for Extension of Time to Secure New Counsel.  (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 510 ("Motion")).  GeoTag's Motion demonstrates that it has not complied and will likely not comply with this Court's recent Order.  Accordingly, Defendants respectfully request that the Court enforce its Order and dismiss these cases absent the appearance by September 13th of counsel fully able to prosecute these cases.

In the Court's August 30, 2012 Order Denying Motions to Withdraw As Counsel, the Court stated that it would "not grant withdrawal without substitute counsel <u>capable of prosecuting Plaintiff's claims</u> within the scheduled time frame."  (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 505 ("Order") at 15 (emphasis added)).  By filing the present Motion for more

time to find counsel able to prosecute its claims, and by making clear that it has only retained "local counsel," GeoTag admits that it is not in compliance with the Court's Order.[1]

Moreover, the reasons stated in support of GeoTag's Motion do not provide any legitimate basis for failing to comply with the Court's Order and do not demonstrate good cause for the requested extension.  For instance, the "size, scope and complexity" of the litigation are not recent events that legitimately impeded GeoTag's search for substitute counsel.  GeoTag has had numerous law firms previously involved in this dispute, but has relieved all of them of their duties.[2]  Indeed, last August when these cases already had several hundred defendants, GeoTag had its then-counsel withdraw and substituted in the two firms that now presently seek to

---

[1] During a telephonic meet-and-confer held on September 10, 2012, Mr. Andrew Spangler— who has entered an appearance as local counsel on behalf of GeoTag—indicated to Defendants that he had not been retained for the purpose of prosecuting GeoTag's claims. Moreover, Mr. Spangler's recent Notice of Appearance filed with this Court confirms that he has been retained only "as local counsel." (*See, e.g.*, Case No. 2:10-cv-570, Dkt. No. 509).

In addition, the Motion confirms that GeoTag retained Mr. Spangler to only "act as local counsel" while GeoTag requests "an additional 14 days to assemble its full team of lead counsel" who would ostensibly be tasked with prosecuting this case within the scheduled time frame.  (Motion at 28).  Indeed, GeoTag's Proposed Order requests an extension of time "to retain new counsel capable of prosecuting Plaintiff's claims."  (Motion at Proposed Order).

[2] For instance, as indicated by the docket sheet, the following firms have entered appearances on behalf of GeoTag and been subsequently terminated in *GeoTag Inc. v. Yellowpages.com LLC*, Case No. 2:10-cv-272 (the following list does not include all firms that have entered appearances and been subsequently terminated in other GeoTag cases):

- Friedman Suder & Cooke – Terminated November 8, 2010;
- Knisely, Prehoditch & Panzer, PC – Terminated November 8, 2010;
- Collins Edmonds & Pogorzelski, PLLC – Terminated August 5, 2011;
- Charles van Cleef, Attorney at Law, PC – Terminated August 5, 2011;
- Ireland Carroll & Kelley – Terminated August 10, 2011;
- Buether Joe & Carpenter, LLC – Seeking Withdrawal as of August 29, 2012; and
- The Ni Law Firm PLLC – Seeking Withdrawal as of August 29, 2012.

withdraw.[3]  GeoTag was aware of the complexities associated with finding and retaining suitable counsel at least as of that time.   Further, any issues of scope and complexity are the result of GeoTag's strategic decision to simultaneously sue hundreds of parties.   GeoTag should not be permitted to fail to comply with Court Orders and continue to delay the prosecution of these cases based on an alleged "complexity" hardship that GeoTag itself has caused.  *See Finisar Corp. v. DirecTV Group, Inc.*, 424 F. Supp. 2d 896, 900 (E.D. Tex. 2006) (request for delay of deadline denied because reason for delay was "fully in control of" movant).

Therefore, it is clear that GeoTag has not yet retained substitute counsel fully able to prosecute its claims as required by the Court's Order.  Accordingly, the under-signed Defendants respectfully request that the Court deny GeoTag's Motion for Extension of Time to Secure New Counsel, and, unless GeoTag fully complies with the Court's Order by September 13, 2012, that the above-captioned cases be dismissed.

.

---

[3]   *See, e.g.*, Case No. 2:10-cv-570, Dkt. No. 294 (requesting substitution of the Ni Law Firm, PLLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC), and Case No. 2:10-cv-571, Dkt. No. 253 (requesting substitution of Buether Joe & Carpenter, LLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC).

Dated: September 11, 2012

Respectfully submitted,

/s/ Michael A. Bittner
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

COUNSEL FOR DEFENDANTS
AMERICA GREETINGS CORPORATION; ASICS
AMERICA CORP.; AVIS BUDGET GROUP, INC.;
AVIS RENT A CAR SYSTEM, LLC; BEST MAID
PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.;
THE BOEING COMPANY; BROOKSTONE COMPANY,
INC.; BURGER KING CORP.; CABELA'S, INC.;
CHANEL, INC.; CHARMING SHOPPES INC.; CICI
ENTERPRISES, LP D/B/A/ CICI'S PIZZA; DAVID'S
BRIDAL INC.; DOCTOR'S ASSOCIATES, INC. D/B/A
SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR
THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR
TREE, INC.; FORMAL SPECIALISTS LTD.; GATES
THAT OPEN, LLC D/B/A/ MIGHTY MULE; GUESS?
RETAIL INC.; INTERSTATE BATTERY SYSTEMS OF
AMERICA, INC.; JACK IN THE BOX, INC.; JOS. A.
BANK CLOTHIERS INC.; KOHLER CO.; KUBOTA
TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE
NATION WORLDWIDE, INC.; LUXOTTICA RETAIL
NORTH AMERICA INC.; MEXICAN RESTAURANTS,
INC.;  PIP, INC. D/B/A PIP PRINTING AND
MARKETING SERVICES; POLO RALPH LAUREN
CORP.; RADIO SHACK CORP.; RALPH LAUREN
MEDIA, LLC; RHINO LININGS CORP.;
RICHEMONT NORTH AMERICA, INC. D/B/A
CARTIER; SEVEN FOR ALL MANKIND, LLC;
SOUTHERN STATES COOPERATIVE; STERLING
JEWELERS, INC. D/B/A JARED THE GALLERIA OF

JEWELRY D/B/A KAY JEWELERS; TICKETMASTER
L.L.C.; THRIFTY, INC.; ULTA SALON, COSMETICS
& FRAGRANCE, INC.; VAN CLEEF & ARPELS, INC.;
VITAMIN COTTAGE FOOD MARKETS, INC.; WINN-
DIXIE STORES, INC.

_/s/ Willem G. Schuurman_
Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
Ajeet P. Pai (TX Bar No. 24060376)
James D. Shead (TX Bar No. 24070609)
Patrick Doll (TX Bar No. 24078432)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com
apai@velaw.com
jshead@velaw.com
pdoll@velaw.com


**ATTORNEYS FOR DEFENDANTS
7-ELEVEN, INC., BARE ESCENTUALS, INC.,
BURBERRY LIMITED, CHRISTIAN DIOR
PERFUMES, LLC, CRABTREE & EVELYN,
LTD., DONNA KARAN INTERNATIONAL
INC., GOLD'S GYM INTERNATIONAL, INC.,
LVMH MOET HENNESSY LOUIS VUITTON,
INC., AND SEPHORA USA INC.**

/s/ *Brian K. Buss*
Danny L. Williams
Lead Counsel
State Bar No. 21518050
Brian K. Buss
State Bar No. 00798089
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
WAL-MART STORES, INC.; COLDWATER
CREEK, INC; SALLY BEAUTY SUPPLY,
LLC; L.A. FITNESS INTERNATIONAL, LLC;
BALLY TOTAL FITNESS CORP.; EDDIE
BAUER LLC; and HALLMARK CARDS
INCORPORATED**

*/s/ Kamran Jivani*

Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone:  (404) 881-7000
Fax:      (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Phone:  (214) 922-3400
Fax:      (214) 922-3899

**COUNSEL FOR DEFENDANTS AFC
ENTERPRISES, INC.; BASS PRO, INC.; BPS
DIRECT, L.L.C.; BASS PRO OUTDOORS
ONLINE, L.L.C.; DILLARD'S, INC.; HOBBY
LOBBY STORES, INC. D/B/A HOBBY LOBBY
CREATIVE CENTERS D/B/A HOBBY
LOBBY; JOANN.COM, LLC AND JO-ANN
STORES, INC.; GAMESTOP CORP.; THE
TJX COMPANIES, INC. D/B/A TJ MAXX;
BARNES & NOBLE, INC. AND
BARNESANDNOBLE.COM, LLC; BIG LOTS,
INC. AND BIG LOTS STORES, INC.; GUCCI
AMERICA, INC.; LESLIE'S POOLMART,
INC. D/B/A LESLIE'S POOLMART D/B/A
LESLIE'S SWIMMING POOL SUPPLIES
D/B/A LESLIE'S; PANERA BREAD
COMPANY AND PANERA, LLC;
AUTOZONE, INC.; CARMAX BUSINESS
SERVICES, LLC AND CARMAX, INC.;
BRAKE CENTERS OF THE SOUTHWEST,
INC. D/B/A JUST BRAKES AND JUST
BRAKES OF NEVADA, INC. D/B/A JUST
BRAKES; O'REILLY AUTOMOTIVE, INC.**

D/B/A O'REILLY AUTO PARTS; THE PEP
BOYS – MANNY, MOE & JACK D/B/A PEP
BOYS; FAMILY DOLLAR STORES, INC.
AND FAMILY DOLLAR, INC.; MATTRESS
GIANT CORPORATION; WHOLE FOODS
MARKET IP, L.P. AND WHOLE FOODS
MARKET SERVICES, INC.; CLARK
EQUIPMENT COMPANY D/B/A BOBCAT
COMPANY; GRACO, INC.; THE KROGER
CO.; DILLON COMPANIES, INC. D/BA
DILLON FOOD STORES D/BA DILLONS
D/B/A BAKER'S SUPERMARKETS D/B/A
CITY MARKET D/B/A KING SOOPERS D/B/A
GERBES SUPER MARKETS; FOOD 4 LESS
GM, INC.; FOOD 4 LESS HOLDINGS, INC.;
FRED MEYER STORES, INC. D/B/A
QUALITY FOOD CENTERS D/B/A QFC;
KROGER LIMITED PARTNERSHIP I D/B/A
JAYC FOOD STORES D/B/A PAY LESS
SUPER MARKETS; KROGER LIMITED
PARTNERSHIP II; KROGER TEXAS L.P.;
PAY LESS SUPER MARKETS, INC.; RALPHS
GROCERY COMPANY D/B/A RALPHS D/B/A
FOOD 4 LESS D/B/A FOODS CO.; SMITH'S
FOOD & DRUG CENTERS, INC. D/B/A
SMITH'S FOOD & DRUG STORES D/B/A
SMITH'S D/B/A FRY'S FOOD STORES; THE
VALSPAR CORPORATION; BELK, INC.;
CMRG APPAREL, LLC; BUTH-NA-
BODHAIGE, INC.; CATALOGUE
VENTURES, INC.; BROWN SHOE
COMPANY, INC.; BURLINGTON COAT
FACTORY WAREHOUSE CORP.; THE
WILLIAM CARTER COMPANY; CHICO'S
FAS, INC.; CITI TRENDS, INC.;
COLLECTIVE BRANDS, INC.; GUITAR
CENTER, INC.; RITZ INTERACTIVE LLC;
DOTS, LLC; THE FINISH LINE, INC.;
ROYAL PURPLE, INC.; SOLUTIA, INC.

*/s/ Kamran Jivani*

Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St., Suite 1800
Dallas, TX  75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANTS
KOHL'S ILLINOIS INC., KOHL'S
DEPARTMENT STORES INC., KOHL
CORPORATION, COACH INC., STAPLES
INC., PAPA JOHNS INTERNATIONAL, INC.,
PAPA JOHNS USA INC., DUNKIN BRANDS,
INC. D/B/A DUNKIN DONUTS, DUNKIN
DONUTS, INC., BRINKER INTERNATIONAL,
INC. D/B/A ROMANO'S MACARONI GRILL
D/B/A MAGGIANO'S LITTLE ITALY,  THE
HERTZ CORP. D/B/A HERTZ CORP. D/B/A
HERTZ CAR RENTAL,  FIFTH THIRD
BANCORP D/B/A FIFTH THIRD BANK,
OFFICEMAX INC., STEELCASE INC.,
SUNTRUST BANKS INC. D/B/A SUNTRUST**

**BANK, SUNTRUST INVESTMENT SERVICES INC., HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC,;OLDEMARK LLC; ANN, INC.; BOSE CORP.; 24 HOUR FITNESS USA, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; GREAT CLIPS INC. AND JOS. A. BANK CLOTHIERS INC.**

*/s/ Brian C. McCormack*

Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS
NEW ALBERTSON'S, INC.; AROMATIQUE,
INC.; AS AMERICA, INC.; BOB EVANS
FARMS, INC.; BOB EVANS RESTAURANTS
OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;;
ESPRIT US RETAIL LIMITED; HEELING
SPORTS, LTD.; HUGO BOSS FASHIONS,
INC.; LITTLE CAESAR ENTERPRISES, INC.;
PIGGLY WIGGLY, LLC; and QUEST
DIAGNOSTICS INCORPORATED**

*/s/ Robert M. Fuhrer*
George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd., 14th Floor
McLean, VA 22102
703.770.7900 – Telephone
703.770.7901 – Facsimile

**ATTORNEYS FOR DEFENDANTS**
**BASS PRO, INC., BPS DIRECT, L.L.C., AND BASS**
**PRO OUTDOORS ONLINE, L.L.C.**

_/s/ Deron R. Dacus_
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX   75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Matthew A. Williams
KY Bar No. 90727
WYATT, TARRANT & COMBS, LLP
PNC Plaza, Suite 2800
500 West Jefferson Street
Louisville, Kentucky  40202-2898
Phone:  (502) 562-7378
Facsimile:  (502) 589-0309
mwilliams@wyattfirm.com

**_Counsel for Cracker Barrel Old Country Store, Inc._**

*/s/ Michael C. Smith*
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Robert J. Lenihan, II (*pro hac vice*)
Brent G. Seitz (*pro hac vice*)
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
(248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

*/s/ Gregory F. Ahrens*
Gregory F. Ahrens
Ohio State Bar No. 0038627
(Admitted in the ED TX)
gahrens@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234

**ATTORNEY FOR DEFENDANT**
**NATIONAL INTERLOCK SYSTEMS, INC.; DSW, INC.**

*/s/ Michael J. Harris*
Christopher J. Renk (Lead Attorney)
IL Bar No. 6199012
crenk@bannerwitcoff.com
Thomas K. Pratt
IL Bar No. 6209761
tpratt@bannerwitcoff.com
Michael J. Harris
IL Bar No. 6280168
mharris@bannerwitcoff.com
Banner & Witcoff, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR DEFENDANT NIKE, INC.**


*/s/ Brian W. LaCorte*
Brian W. LaCorte (AZ Bar No. 012237)
Jonathon A. Talcott (MN Bar No. 0391457)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004
Telephone: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com
talcottj@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS
THE REINALT-THOMAS CORPORATION;
AMERCO; EMOVE, INC.; U-HAUL
INTERNATIONAL, INC.; U-HAUL LEASING
& SALES CO.; AND WEB TEAM
ASSOCIATES, INC.**

*/s/ Jeremy S. Snodgrass*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

**ATTORNEYS FOR DEFENDANTS SEIKO
CORPORATION OF AMERICA,
SEIKO INSTRUMENTS INC., AND
SEIKO WATCH CORP.**

/s/ R. Kyle Hawes
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, P.C.
R. Kyle Hawes
kyle.hawes@chamberlainlaw.com
SBN: 00796725
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
Facsimile: 713-658-2553

GREENSFELDER, HEMKER & GALE, P.C.
Mary Ann L. Wymore
mlw@greensfelder.com
(Pro Hac Vice)
J. Andrew Walkup
aw@greensfelder.com
(Pro Hac Vice)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5499

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR CO.**

*/s/ Elizabeth L. DeRieux*

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
903) 236-9800 Telephone
 (903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Michael N Zachary
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave
Ste 2800
Seattle, WA 98101
206-682-8100
Fax: 206-224-0779
Email: michael.zachary@cojk.com

**Counsel for Defendant
Pacific Bioscience Laboratories, Inc.**

*/s/ Fran Aden*

Fran Aden
S.D. Texas No. 611072
State Bar No. 24050202
HUNTON & WILLIAMS LLP
700 Louisiana, Suite 4200
Houston, Texas 77002
(713) 229-5700  (Telephone)
(713) 229-5750  (Facsimile)
faden@hunton.com

**ATTORNEY FOR DEFENDANT
THE SCOTTS COMPANY LLC**

MOTION FOR EXTENSION OF TIME                                    PAGE  37

*/s/ Lindsay L. Hargrove*
Lindsey L. Hargrove
State Bar No. 24065373
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX  77002-2906
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Derek H. Swanson (admitted *pro hac vice*)
Virginia Bar No. 73463
Lead Counsel
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
Email: dfinkelson@mcguirewoods.com
Email: dswanson@mcguirewoods.com

**COUNSEL FOR DEFENDANTS
REMINGTON ARMS COMPANY, INC. AND
STIHL INCORPORATED**

/s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101 Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, NY 10017
Tel: (212) 490-1700
Fax: (212) 490-0536
Email: jsaphia@wiggin.com
Email: ebailey@wiggin.com

**Attorneys for Defendants
AutoNation, Inc. and American Eagle Outfitters
Inc.**

*/s/ Scott Partridge*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Durham
Texas Bar No. 24045815
Email: liz.durham@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT HEB
GROCERY COMPANY, LP**


*/s/ Laura A. Wytsma*
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60610-4746
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendants Trane US, Inc. and
Trane, Inc.**

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com

*Of Counsel:*
Michael A. Cohen (Admitted Pro Hac Vice)
Schwabe Williamson & Wyatt PC
1211 S.W. Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone: 503.796.2488
Facsimile: 503.796-2900
Email: mcohen@schwabe.com

**Attorneys for Defendants**
**Columbia Sportswear Company, Columbia**
**Sportswear North America, Inc., and  Columbia**
**Sportswear USA Corp.**

*/s/ Kirby B. Drake*                   
Darin M. Klemchuk
State Bar No. 24002418
Casey L. Griffith
State Bar No. 24036687
Kirby B. Drake
State Bar No. 24036502
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
T: 214.367.6000
F: 214.367.6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT ACADEMY, LTD.**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John G. Bisbikis
Illinois Bar No. 6209732
E-mail: jbisbikis@mwe.com
Avani C. Macaluso
Illinois Bar No. 6280832
E-mail: amacaluso@mwe.com
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Fax:  (312) 984-7700

**COUNSEL FOR DEFENDANT
CRAFTMASTER MANUFACTURING, INC.**


*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

**COUNSEL FOR DEFENDANT,
CALIFORNIA PIZZA KITCHEN, INC.**

*/s/ James S. Blackburn*
James S. Blackburn (*Pro Hac Vice*)
James.blackburn@aporter.com
Ali R. Sharifahmadian (*Pro Hac Vice*)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendants**
**Local.com Corporation; Dex One Corporation;**
**Yellow Book USA, Inc.; Yelp!, Inc.; CityGrid**
**Media, LLC; Match.com SN, LLC; Match.com,**
**LLC; ServiceMagic, Inc.; People Media, Inc.;**
**International Coffee & Tea, LLC; and Crocs Inc.**

*/s/ Keith A. Robb*

DOUGLAS D. FLETCHER
Attorney in Charge
Texas State Bar No. 07139500
email:  doug.fletcher@fletcherfarley.com
KEITH A. ROBB
Texas State Bar No. 24004889
email:  keith.robb@fletcherfarley.com
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
8750 N. Central Expressway
Dallas, Texas  75231, 16th Floor
214-987-9600
214-987-9866 (Facsimile)

**ATTORNEYS FOR DEFENDANT
TASER INTERNATIONAL, INC.**

*/s/ Michael J. Zinna* _____
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687


OF COUNSEL:

John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
David G. Lindenbaum
Email: dlindenbaum@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
Matthew C. Berntsen
Email: mberntsen@wardzinna.com
**WARD & ZINNA, LLC**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

**Attorneys for Defendant
Godiva Chocolatier, Inc.**

*/s/ Terence P. Ross*

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Terence P. Ross (pro hac vice)
tross@crowell.com
Jeffrey D. Ahdoot (pro hac vice)
jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

**Attorneys for Defendants Enterprise Holdings, Inc. and Vanguard Car Rental USA, LLC**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S
INTERNATIONAL, INC. AND APPLEBEE'S IP, LLC**

*/s/ Anthony F. Lo Cicero*

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS IHOP IP, LLC
AND DINEEQUITY, INC.**

/s/ *R. David Donoghue*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

R. David Donoghue (Pro hac vice)
Steven E. Jedlinski (Pro hac vice)
Daniel L. Farris (Pro hac vice)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com

**Attorneys for Defendant Herman Miller, Inc.**

/s/ *Jeff Eichen*
Jeffrey L. Eichen
Delaware State Bar No. 5331
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
Tel.:    (302) 888-6304
Fax:    (302) 658-5614
jeichen@cblh.com

Marisa M. Schouten
State Bar No. 24039163
Martin Walker, P.C.
522 S. Broadway Ste 200
Tyler, Texas 75702
Tel.:    (903) 526-1600
Fax:    (903) 595-0796

**Attorney for Defendants Dress Barn, Inc. and
Maurices Incorporated**

/s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant
Footlocker.com, Inc.**

/s/ *Michael A. Oakes*
Edward F. Fernandes
Hunton & Williams LLP
111 Congress Avenue, Suite 1800
Austin, TX  78701
Telephone: (512) 542-5000
Facsimile:  (512) 542-5049
E-mail:  efernandes@hunton.com

Michael A. Oakes
Hunton & Williams LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile:  (202) 778-7459
E-mail:  moakes@hunton.com

**ATTORNEYS FOR LOWE'S HOME
CENTERS, INC**

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

William E. Devitt
Tiffany P. Cunningham (admitted pro hac vice)
Ian J. Block (admitted pro hac vice)
Kirkland & Ellis - Chicago
300 N. LaSalle Street
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Email: wdevitt@kirkland.com
        tiffany.cunningham@kirkland.com
        ian.block@kirkland.com

**COUNSEL FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, ADVANCE
STORES COMPANY, INC., E-ADVANCE
LLC, AND HANESBRANDS, INC.**

/s/ *Phong D. Nguyen*
Robert G Abrams - LEAD ATTORNEY
Gregory J. Commins, Jr.
Phong D. Nguyen (TX Bar No. 24002690)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T: (202) 861-1500
F:  (202) 861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com
pnguyen@bakerlaw.com

**Attorneys for Defendant
Caterpillar Inc.**


/s/ *Stayton L. Worthington*
Don V. Kelly, (Pro Hac Vice)
Eugene P. Schmittgens Jr., (Pro Hac Vice)
Benjamin M. Fletcher (Pro Hac Vice)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-552-4066
Facsimile: 314-884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O.Box 2665
Longview, Texas 75606

**ATTORNEYS FOR DEFENDANT
THE SWAN CORPORATION**

/s/ Allison H. Altersohn
Douglas R. McSwane, Jr.
State Bar No. 13861300
dougmcswane@potterminton.com
POTTER MINTON
110 N. College, Ste. 500
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

Allison H. Altersohn (admitted pro hac vice)
aaltersohn@kslaw.com
Jonathan D. Ball (admitted pro hac vice)
jball@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**ATTORNEYS FOR DEFENDANT
AVON PRODUCTS, INC.**


/s/ Melissa Richards Smith
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
THE WESTERN UNION COMPANY;
WESTERN UNION HOLDINGS, INC.; and
PIZZA INN, INC.**

*/s/ Michael C. Smith*
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Alan M. Fisch
District of Columbia Bar No. 453068
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth St., NW
Washington, DC 20005-2327
(202) 682-3500 telephone
(202) 682 3580 fax
Email: alan.fisch@kayescholer.com

**Attorney for TA Operating LLC**

*/s/ Roy W. Hardin*
Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Phone: (214) 740-8000
Fax:    (214) 740-8800
*rhardin@lockelord.com*

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax:    (212) 303-2754
*smeyer@lockelord.com*
*dkane@lockelord.com*

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151
Fax:    (212) 688-8315
*bwbrokate@gibney.com*
*jdupler@gibney.com*

**ATTORNEYS FOR DEFENDANT
ROLEX WATCH USA, INC.**

*/s/ Stewart Mesher*

Stewart Mesher
Attorney-in-Charge
CONLEY ROSE, P.C.
2508 Ashley Worth Blvd., Suite 200
Austin, TX 78738
Phone:  (512) 610-3410
Fax:  (512) 610-3456
Email:  smesher@conleyrose.com

**ATTORNEY FOR DEFENDANT
MR. GATTI'S, L.P.**

*/s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
Shannon M. Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Tel: 903.705.1117
Fax: 903.705.1117
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Michael A. Swartzendruber
State Bar No. 19557702
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
mswartzendruber@fulbright.com

Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
sholland@fulbright.com

***Counsel for Counsel for Cinemark Holdings, Inc.; Cinemark USA, Inc.; Christus Health a/k/a Christus Health Non-Profit Corp.; Christus Health Foundation; Dollar General Corp.; National Vision, Inc.; Office Depot, Inc.; Regis Corporation; and Spencer Gifts LLC.***

_/s/ Thomas W. Cunningham_
FRANK A. ANGILERI
fangileri@brookskushman.com
THOMAS W. CUNNINGHAM
tcunningham@brookskushman.com
JOHN LEROY
jleroy@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

**COUNSEL FOR DEFENDANTS
DOMINO'S PIZZA, INC. and
TEREX CORPORATION**

*/s/ Margaret Elizabeth Day*

Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
Email: eday@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

**Attorneys for Defendant**
**MONSTER CABLE PRODUCTS, INC.**


*/s/ Debby E. Gunter*

Debby E. Gunter
debby@yw-lawfirm.com
Herbert A. Yarbrough, III
trey@yw-lawfirm.com
YARBROUGH ♦ WILCOX
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  903-595-3111
Fax:  903-595-0191

**COUNSEL FOR DEFENDANT**
**ROSS STORES, INC.**

*/s/ Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Brian E. Turung
FAY SHARPE
1228 Euclid Avenue, Suite 500
Cleveland, Ohio  44115
Tel: (216) 363-9000
Fax: (216) 363-9001

**COUNSEL FOR DEFENDANT
APPLIED INDUSTRIAL TECHNOLOGIES,
INC.**

*/s/ Scott Stevens*
Scott Stevens
State Bar No. 00792024
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606
Telephone: 903-753-6760
Facsimile: 903-753-6761
scott@stevenslove.com

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
dschwartz@seyfarth.com

**ATTORNEYS FOR WHERE2GETIT, INC.; VF OUTDOOR, INC. d/b/a THE NORTH FACE; CHICK-FIL-A, INC.; MONSTER CABLE PRODUCTS, INC.; PATAGONIA, INC.; TCF CO. LLC, THE CHEESECAKE FACTORY INC.; VIEWSONIC CORP.; AND THE TIMBERLAND CO. d/b/a TIMBERLAND CO.**

*/s/ Timothy S. Durst*
Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Chad C. Walters
Texas Bar No. 24034730
chad.walters@bakerbotts.com
Susan Cannon Kennedy
Texas Bar No. 24051663
susan.kennedy@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

Christopher W. Kennerly
Texas Bar No. 00795077
chris.kennerly@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7502
Facsimile: 650-739-7601

Benjamin R. Johnson
Texas Bar No. 24065495
ben.johnson@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX   78701-4078
Telephone: 512-322-2500
Facsimile: 512-322-2501

**ATTORNEYS FOR DEFENDANTS
YELLOWPAGES.COM LLC, AT&T
MOBILITY LLC AND AT&T SERVICES, INC.**

*/s/ Matthew A. Braunel*
Dean L. Franklin
dfranklin@thompsoncoburn.com
Matthew A. Braunel
mbraunel@thompsoncoburn.com
Anthony F. Blum
ablum@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
314-552-6000
FAX 314-552-7000

**Attorney for Defendant**
**GANDER MOUNTAIN COMPANY**


*/s/ Michael E. Schonberg*
Bruce S. Sostek
State Bar No. 18855700
Bruce.Sostek@tklaw.com
Michael E. Schonberg
State Bar No. 00784927
Mike.Schonberg@tklaw.com
Vishal Patel
State Bar No. 24065885
Vishal.Patel@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Attorneys for Defendants**
**VF Corporation;**
**VF Jeanswear, L.P.**

*/s/ Dru Montgomery*

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

OF COUNSEL:

Guy A. Reiss (pro hac vice)
Henry J. Cittone (pro hac vice)
REISS+PREUSS LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
(646) 731-2770

**ATTORNEYS FOR DEFENDANT
MIELE INCORPORATED**

*/s/ Ury Fischer*
Ury Fischer
Florida Bar No. 0048534
ufischer@lfiplaw.com
Lott & Fischer, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Telephone:  305.448.7089
Facsimile:  305.446-6191

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT**
**BROWN JORDAN INTERNATIONAL, INC.**

*/s/ Charles L. Stinneford*
Charles L. Stinneford
State Bar No. 00785057
cstinneford@gordonarata.com
David V. Bryce
State Bar No. 24052876
dbryce@gordonarata.com
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Phone: (713) 333-5500
Fax: (713) 333-5501

**Attorneys for Payless Car Rental System, Inc. and Avalon Global Group, Inc.**

*/s/ M. Dru Montgomery*
David M. Stein
Texas State Bar No. 00797494
AKIN GUMP STRAUS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Work:  213.254.1200
Fax:    213.254.1201
dstein@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

***Counsel for Defendants***
***Conn's Appliances, Inc., Conn's Inc., and Deli***
***Management, Inc. d/b/a Jason's Deli***

*/s/ Elizabeth L. DeRieux*

Elizabeth L. DeRieux
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas  75647
(903) 236-9800
(903) 236-8787

H. Jonathan Redway, Lead Attorney
jredway@dickinsonwright.com
DICKINSON WRIGHT PLLC
1875 I Street, NW, Suite 1200
Washington, DC 20006
Phone: (202) 457-0160
Fax:    (202) 659-1559

**Attorneys for Defendant Carhartt Inc.**


*/s/ James C. Tidwell*

Andre R. Barry – NE Bar #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
(402) 474-5393 fax
abarry@clinewilliams.com

James C. Tidwell – TX Bar #20020100
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis, Suite 205
Sherman, TX 75090
(903) 868-1933
(903) 892-2397 fax
jct@wtmlaw.net

**Attorneys for Defendant
Godfather's Pizza, Inc.**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Michael R. Annis
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite, 600
Telephone:  (314) 480-1500
Fax:  (314) 480-1505

**Attorneys for Defendant**
**Bakers Footwear Group, Inc.**

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Anthony Shaw
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone: 202.857.6227
Fax: 202.857.6395
**Attorneys for Defendant
Diesel U.S.A. Inc.**

*/s/ Paul B. Kerlin*
Joseph M. Schreiber
Texas Bar No. 24037449
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7000
Fax: 713-588-7050
jmschreiber@vorys.com
pbkerlin@vorys.com

William H. Oldach III, pro hac vice
VORYS, SATER, SEYMOUR & PEASE LLP
1909 K Street, N.W., 9th Floor
Washington, DC  20006
Phone:  202-467-8800
Facsimile:  202-533-9024
E-mail:  wholdach@vorys.com

Robert T. Veon
Texas Bar No. 20546550
VEON LAW FIRM, PA
117 E. Broad St.
Texarkana, AR 71854
Phone: 870-774-7390
Facsimile: 870-773-3690
Email: robert.veon@veonfirm.com

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

*/s/ William Cornelius*

William Cornelius
State Bar No. 04834700
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
PSP GROUP, LLC D/B/A PET SUPPLIES
PLUS**

*/s/ Gregory R. Lyons*
J. Thad Heartfield (TX Bar # 09346800)
M. Dru Montgomery (TX Bar # 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Gregory R. Lyons
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANT**
**MERLE NORMAN COSMETICS**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
         dru@jth-law.com

John P Higgins
Summa Additon & Ashe, PA
11610 N Community House Rd
Suite 200
Charlotte, NC 28277-2199
704/945-6704
Fax: 704/945-6735
Email: jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards Inc.**

*/s/ Philip J. Moy Jr.*
Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**


*/s/ Terrell R. Miller*
Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**ATTORNEYS FOR DEFENDANT**
**NEW ASHLEY STEWART, INC.**

*/s/ Charles Clark*

Charles Clark  (TX #04274000)
chc@charlesclarklaw.com
CLARK & PORTER
P.O. Box 98
604 West Woldert
Tyler, TX 75702
Telephone:      903/593-2514
Facsimile:      903/595-1294

David R. Barnard (Admitted pro hac vice)
dbarnard@lathropgage.com
David R. Frye  (Admitted pro hac vice)
dfrye@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Ste, 2400
Kansas City, MO 64108
Telephone:      913/292-2000
Facsimile:      913/292-2001

**ATTORNEYS FOR DEFENDANT**
**ALCO STORES, INC.**

*/s/ Brian Craft*

Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

Of Counsel:
Brian G. Bodine (Pro Hac Vice)
Tiffany Scott (Pro Hac Vice)
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

By: /s/

*/s/ Hector J. Ribera*
Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant
ZOOSK, INC.**

_/s/ Lisa A. Ferrari_

Martin B. Pavane (admitted _pro hac vice_)
New York Bar No. 1528819
Lisa A. Ferrari (admitted _pro hac vice_)
New York Bar No. 2411759
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telecopy: (212) 986-0604
Email: mpavane@cozen.com
          lferrari@cozen.com

Kendall K. Hayden
Texas State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
Email: khayden@cozen.com

**Attorneys for Beech Nut Nutrition Corp.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Nathan D. Meyer
CA Bar No. 239850
Marc A. Fenster
CA Bar No. 181067
Larry C. Russ
CA Bar No. 082760
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
Fax: (310) 826-6991
nmeyer@raklaw.com
mfenster@raklaw.com
lruss@raklaw.com

**ATTORNEYS FOR DEFENDANT
FOREVER 21 RETAIL, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Burton S. Ehrlich
John Luther
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6668

**ATTORNEYS FOR DEFENDANT,
HICKORY FARMS, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANT
DINEEQUITY, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Joseph J. Richetti
joseph.richetti@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Thomas Jameson Adair
thomas.adair@bryancave.com
BRYAN CAVE LLP
2200 Ross Ave., Ste 3300
Dallas, TX 75201
214-721-8000
214-220-6733 (fax)

**Counsel for dELiA*s, Inc.**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Robert G. Lancaster
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Tele: (310) 576-2239
Facs: (310) 260-7139

Wilhemina Joni Tyler
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
211 N Broadway, Suite 3600
St Louis, MO 63102-3600
314-259-2345
314-552-8345 (fax)

**Counsel for American Apparel, Inc.**

*/s/ Thomas W. Cunningham*_____
Frank A. Angileri (MI Bar No. P45611)
Thomas W. Cunningham (MI Bar No. P57899)
John S. LeRoy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**Attorneys for Defendants
Domino's Pizza, Inc. and Terex, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant
Eyemart Express, Ltd.**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

**Attorneys for J. Crew Group, Inc.**

*/s/ Elizabeth Flannery*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Flannery
Texas Bar No. 24045815
Email: liz.flannery@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
Baker, Donelson, Bearman, Caldwell & Berkowitz
1301 McKinney
Suite 3700
Houston, Texas 77010
(713) 286-7193 - Direct
(713) 650-9701 - Fax
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant**
**Fred's, Inc.**

*/s/ Darren W. Saunders*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 953-6000
Facsimile:  (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**ATTORNEYS FOR DEFENDANT
H&M HENNES & MAURITZ, L.P.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
GREAT CLIPS, INC.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
M.A.C. COSMETICS, INC.**

*/s/ David Bassett*

David Bassett
WilmerHale
399 Park Avenue
NY, NY  10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797
Telephone:  (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant
The Yankee Candle Company, Inc.**


*/s/ Scott S. Brown*

Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
 Birmingham, AL 35203-2618
 Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant
Factory Connection LLC**

_/s/ Allen F. Gardner_
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
JIMMY JAZZ E-COMMERCE, LLC**

*/s/ Thomas L. Duston*

Thomas L. Duston
State Bar. No.:  6196612
 tduston@marshallip.com
Cullen N. Pendleton, Ph.D.
State Bar. No.:  6283725
 cpendleton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T: 312.474.6300

**Attorneys for Defendant
Classified Ventures, LLC**

*/s/ Theodore Stevenson III*

Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
sgreskowiak@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

**COUNSEL FOR BILLABONG RETAIL INC.**

*/s/ J. Daniel Harkins*
J. Daniel Harkins
State Bar No. 09008990
dharkins@coxsmith.com
Marissa Dawn Helm
State Bar No. 24046273
mhelm@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500
(210) 226-8395 (Fax)

**Attorneys for Visionworks of America, Inc.**


*/s/ Andrew C. Warnecke*
Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**ATTORNEYS FOR DEFENDANT
BIOSCRIP, INC**

*/s/ Andy H. Chan*
Thomas F. Fitzpatrick
CA State Bar No. 193565
tfitzpatrick@goodwinprocter.com
Andy H. Chan
CA State Bar No. 242660
achan@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100 (Telephone)
(650) 853-1038 (Facsimile)

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
charley@pbatyler.com
100 E. Ferguson, Suite 1114
Tyler, TX  75702
(903) 531-3535 telephone
(903) 533-9687 fax
charley@pbatyler.com

**Attorneys for Defendant
Draper's & Damon's, LLC**

*/s/ James E. Hudson III*
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**ATTORNEY FOR DEFENDANT
CURVES INTERNATIONAL, INC.**

*/s/ Gregory L. Lippetz*

Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant
Toni&Guy USA, LLC**

*/s/ Devan V. Padmanabhan*

Devan V. Padmanabhan (admitted pro hac vice)
dpadmanabhan@winthrop.com
Justin H. Jenkins (#24051866)
jjenkins@winthrop.com
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 604-6411
Facsimile:  (612) 604-6891
Indianapolis, IN 46204

**Attorneys for Defendants
bestbuy.com, Life Time Fitness, Inc., and Jos. A.
Bank Clothiers**

*/s/ Jeffrey C. Morgan*
Todd G. Vare (admitted pro hac vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 231-7735
Facsimile:  (317) 231-7433
Email:  tvare@btlaw.com

Jeffrey C. Morgan
Georgia Bar No. 522667
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E.
Suite 1700
Atlanta, GA 30305
Telephone:  (404) 264-4015
Facsimile:  (404) 264-4033
Email:  jeff.morgan@btlaw.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIUEX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone:  (903) 233-4816
Facsimile:  (903) 236-8787
Email:  ccapshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email:  jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
WILD BIRDS UNLIMITED, INC.**

/s/ Matias Ferrario
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANTS
AGCO CORP., LABORATORY
CORPORATION OF AMERICA HOLDINGS,
LABORATORY CORPORATION OF
AMERICA, VICTORINOX SWISS ARMY,
INC.,GENESCO INC., AND SUNBELT
RENTALS, INC.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone:  404.815.6500
Facsimile:  404.815.6555

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
THE ROCKPORT COMPANY, LLC**

*/s/ Don Tiller*
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
Donald E. Tiller
Texas State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
COLDWATER CREEK INC. AND ZALE
DELAWARE, INC.**


*/s/ Don Tiller*
Thomas J. Williams (Lead Attorney)
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Tel:  (817) 347-6600
Fax: (817) 347-6650
Donald E. Tiller
State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
PROGRESSIVE CONCEPTS INC.**

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Jonathan N. Zerger
jzerger@shb.com
Beth A. Larigan
blarigan@shb.com
Admitted pro hac vice
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

**ATTORNEYS FOR DEFENDANT
CIRCLE K STORES, INC.**

_/s/ David J. Healey_ _____
David J. Healey
(healey@fr.com)
Texas Bar No. 0932790
Claire M. Devine
(devine@fr.com)
Texas Bar No. 24080858
FISH & RICHARDSON P.C.
1221 McKinney, Suite 2800
Houston, Texas 77010
Phone: 713-654-4300
Fax: 713-652-0109

Clayton E. Dark, Jr.
Law Office of Clayton E. Dark, Jr.
P.O. Box 2207
Lufkin, TX 75902-1733
Phone: 936-637-1733
Fax: 936-637-2897
Email: cekrad@yahoo.com

**ATTORNEYS FOR BROOKSHIRE
BROTHERS, LTD.**

*/s/ B. Lance Vincent*
B. Lance Vincent
Texas Bar No. 20585580
Ritcheson, Lauffer & Vincent PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
Tel: (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted pro hac vice)
Calif. State Bar No. 189897
Thomas J. Gray (admitted pro hac vice)
Calif. State Bar No. 191411
Benjamin S. Lin (admitted pro hac vice)
Calif. State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE HARDWARE CORPORATION, AEROPOSTALE, INC., CHARLOTTE RUSSE, INC., CHRISTOPHER & BANKS CORP. D/B/A/ CHRISTOPHER & BANKS D/B/A CJ BANKS, COST PLUS, INC. D/B/A COST PLUS WORLD MARKET, DICK'S SPORTING GOODS, INC., BABIESRUS.COM, LLC, TOYSRUS.COM, LLC, GEOFFREY, LLC, TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., GENERAL NUTRITION CENTERS, INC., GENERAL NUTRITION CORPORATION, GSI COMMERCE, INC., HAGGAR CLOTHING CO., HAGGAR DIRECT, INC., LEVI STRAUSS & COMPANY, MEE ACCESSORIES LLC (F/K/A MARC ECKO ENTERPRISES ACCESSORIES, LLC), MEE DIRECT LLC (F/K/A ECKO DIRECT, LLC) (D/B/A MARC ECKO ENTERPRISES), MEE APPAREL LLC (F/K/A ECKO**

**COMPLEX LLC), YAKIRA, LLC, MAURICES INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., THE SPORTS AUTHORITY, INC., GROUPE DYNAMITE, INC., VERA WANG BRIDAL HOUSE LTD, AND VEW LTD.**

*/s/ Brian Erickson*
BRIAN K. ERICKSON
Texas Bar No. 24012594
Brian.Erickson@dlapiper.com
HENNING SCHMIDT
Texas Bar No. 24060569
Henning.Schmidt@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Phone: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANTS CINNABON, INC., MOE'S FRANCHISOR, LLC, SCHLOTZSKY'S FRANCHISE, LLC, BURT'S BEES, INC., DESTINATION MATERNITY CORPORATION, CACHE INC., AND CLAIRE'S STORES INC.**

*/s/ H. Arnold Shokouhi*
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
H. Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
McCathern Mooty  Grinke, LLP
Regency Plaza
3710 Rawlins, Ste. 1600
Dallas, Texas 75219
214-741-2662 - Telephone
214-741-4717 - Facsimile

Of counsel:
William H. Mandir
Kelly G. Hyndman
Leigh Ann Lindquist
SUGHRUE MION, PLLC
2100 Pennsylvania Ave NW
Suite 800
Washington, DC 20037
Telephone: (202) 293-7060
Fax: (202) 293-7860

**Attorneys for Defendant**
**KAMPGROUNDS OF AMERICA, INC.**


*/s/ Steven M. Hanle*
Steven M. Hanle
shanle@sheppardmullin.com
Mark L. Blake
mblake@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626
Telephone:  (714) 513-5100
Facsimile:  (714) 513-5130

**Attorneys for Defendant**
**HOT TOPIC, INC.**

*/s/ David K. Anderson*
David K. Anderson
SBT No. 01174100
SDT No. 7405
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

OF COUNSEL:

Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

Steven A. Haber
Matthew A. Green
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103-1895
Telephone: 215-665-3000
Fax: 215-665-3165

**Attorneys for Defendant
iCIMS, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
William Charles Ferrell, Jr.
Kentucky State Bar No. 90934
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
wferrell@stites.com

**ATTORNEYS FOR DEFENDANT
HELLO METRO INCORPORATED**

*/s/ Sherry H. Flax*
Sherry H. Flax, pro hac vice (Md. admitted)
sflax@saul.com
Sarah F. Lacey, pro hac vice (Md. admitted)
slacey@saul.com
**SAUL EWING LLP**
Lockwood Place
500 East Pratt St., 9th Floor
Baltimore, MD  21202
Tel: (410) 332-8784
Fax: (410) 332-8785

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
U.S. VISION, INC.**

*/s/ James J. DeCarlo*

James J. DeCarlo
decarloj@gtlaw.com
Jonathan M. Dunsay, admitted *pro hac vice*
dunsayj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Mary-Olga Lovett
lovettm@gtlaw.com
State Bar No. 00789289
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: 713-374-3541
Facsimile: 713-374-3505

Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
Telephone: 973-360-7900
Facsimile: 973-301-8410

Kimberly A. Warshawsky
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-445-8000
Facsimile: 602-445-8100

**ATTORNEYS FOR DEFENDANT
CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Michael A. Bittner*
Michael A. Bittner