# United States District Court

## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-265 |
| | § | |
| FRONTIER COMMUNICATIONS CORP, | § | |
| ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-272 |
| | § | |
| YELLOWPAGES.com LLC | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-569 |
| | § | |
| GEORGIO ARMANI SPA, ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-570 |
| | § | |
| AROMATIQUE, INC., ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-571 |
| | § | |
| GUCCI AMERICA, INC., ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-572 |
| | § | |
| STARBUCKS CORP, ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-573 |
| | § | |
| RENT-A-CENTER, INC., ET AL. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-cv-574 |
| | § | |
| WESTERN UNION COMPANY, ET AL. | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:10-cv-575** |
| | § | |
| **ROYAL PURPLE, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:10-cv-587** |
| | § | |
| **YAKIRA, LLC, ET AL.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-175** |
| | § | |
| **WHERE 2 GET IT INC., ET AL** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-403** |
| | § | |
| **ZOOSK, INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-404** |
| | § | |
| **EYE CARE CENTERS OF** | § | |
| **AMERICA, INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-421** |
| | § | |
| **AMERCO, ET AL.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-424** |
| | § | |
| **7-ELEVEN, INC., ET AL.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-425** |
| | § | |
| **SUNBELT RENTALS, INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:11-cv-426** |
| | § | |
| **CLASSIFIED VENTURES, LLC** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-43** |
| | § | |
| **CANON, INC.** | § | |

| | | |
|---|---|---|
| **WHERE 2 GET IT INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-149** |
| | § | |
| **GEOTAG, INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-436** |
| | § | |
| **AMERICAN APPAREL INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-437** |
| | § | |
| **ABERCROMBIE & FITCH CO.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-438** |
| | § | |
| **AMERICAN EAGLE OUTFITTERS INC..** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-439** |
| | § | |
| **ANN INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-441** |
| | § | |
| **BURLEIGH POINT LTD.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| v. | § | **Case No. 2:12-cv-442** |
| | § | |
| **CATALOGUE VENTURES, INC.** | § | |

GEOTAG, INC.

v.

BURBERRY LIMITED

§
§
§
§
§

Case No. 2:12-cv-443

---

GEOTAG, INC.

v.

BURLINGTON FACTORY WAREHOUSE
CORPORATION

§
§
§
§
§
§

Case No. 2:12-cv-444

---

GEOTAG, INC.

v.

CACHE INC.

§
§
§
§
§

Case No. 2:12-cv-445

---

GEOTAG, INC.

v.

THE WILLIAM CARTER COMPANY

§
§
§
§
§

Case No. 2:12-cv-446

---

GEOTAG, INC.

v.

CHARMING SHOPPES INC.

§
§
§
§
§

Case No. 2:12-cv-447

---

GEOTAG, INC.

v.

CHICO'S FAS INC.

§
§
§
§
§

Case No. 2:12-cv-448

---

GEOTAG, INC.

v.

CITI TRENDS INC.

§
§
§
§
§

Case No. 2:12-cv-449

---

GEOTAG, INC.

v.

CLAIRE'S BOUTIQUES, INC.

§
§
§
§
§

Case No. 2:12-cv-450

---

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-451 |
| | § | |
| COLDWATER CREEK INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-452 |
| | § | |
| DAVID'S BRIDAL INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-453 |
| | § | |
| DEB SHOPS INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-454 |
| | § | |
| DELIAS INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-455 |
| | § | |
| DESTINATION MATERNITY CORPORATION | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-456 |
| | § | |
| DIESEL U.S.A. INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-457 |
| | § | |
| DONNA KARAN INTERNATIONAL, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-458 |
| | § | |
| LVMH MOET HENNESSY LOUIS VUITTON, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-459 |
| | § | |
| DOTS, LLC | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-461 |
| | § | |
| EDDIE BAUER LLC | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-462 |
| | § | |
| ESPRIT US RETAIL LIMITED | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-463 |
| | § | |
| FACTORY CONNECTION LLC | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-464 |
| | § | |
| THE FINISH LINE INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-465 |
| | § | |
| FOREVER 21 RETAIL INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-466 |
| | § | |
| FORMAL SPECIALISTS LTD. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-467 |
| | § | |
| FREDRICK'S OF HOLLYWOOD STORES, INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-468 |
| | § | |
| GROUPE DYNAMITE, INC. D/B/A GARAGE | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-469** |
| | § | |
| **GUESS? RETAIL INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-470** |
| | § | |
| **H&M HENNES & MAURITZ LP** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-471** |
| | § | |
| **HANESBRANDS INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-472** |
| | § | |
| **HOT TOPIC INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-473** |
| | § | |
| **HUGO BOSS FASHION INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-474** |
| | § | |
| **J. CREW GROUP INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-475** |
| | § | |
| **JIMMY JAZZ INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-476** |
| | § | |
| **JOS. A. BANK CLOTHIERS INC.** | § | |

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| **v.** | § | **Case No. 2:12-cv-477** |
| | § | |
| **ALCO STORES INC.** | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-478 |
| | § | |
| FRED'S INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-479 |
| | § | |
| BAKERS FOOTWEAR GROUP | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-480 |
| | § | |
| BROWN SHOE COMPANY INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-481 |
| | § | |
| COLLECTIVE BRANDS INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-482 |
| | § | |
| CROCS INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-483 |
| | § | |
| DSW INC. D/B/A DSW SHOE INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-484 |
| | § | |
| FLEET FEET INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-486 |
| | § | |
| GENESCO INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-487 |
| | § | |
| HEELY'S INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-488 |
| | § | |
| JUSTIN BOOT COMPANY | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-520 |
| | § | |
| AMERICAN GREETING CORPORATION | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-521 |
| | § | |
| HALLMARK CARDS, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-522 |
| | § | |
| HICKORY FARMS INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-523 |
| | § | |
| SPENCER GIFTS LLC | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-524 |
| | § | |
| INTERNATIONAL COFFEE & TEA, LLC | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-525 |
| | § | |
| THINGS REMEMBERED, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-526 |
| | § | |
| THE YANKEE CANDLE COMPANY, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>BOSE CORPORATION | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-527 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>GUITAR CENTER INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-528 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>PROGRESSIVE CONCEPTS INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-529 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>24 HOUR FITNESS WORLDWIDE INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-530 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>BALLY TOTAL FITNESS CORPORATION | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-531 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>BARE ESCENTIALS INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-532 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>BIOSCRIP INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-533 |

| | | |
|---|---|---|
| GEOTAG, INC.<br><br>v.<br><br>CRABTREE & EVELYN | §<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-534 |

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-535
                                                    §
CURVES INTERNATIONAL INC.                           §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-536
                                                    §
GOLD'S GYM INTERNATIONAL INC.                       §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-537
                                                    §
GREAT CLIPS INC.                                    §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-538
                                                    §
L.A. FITNESS INTERNATIONAL INC.                     §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-539
                                                    §
LIFE TIME FITNESS INC.                              §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-540
                                                    §
M.A.C. COSMETICS INC.                               §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-541
                                                    §
MERLY NORMAN COSMETICS                              §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-542
                                                    §
VITAMIN COTTAGE NATURAL FOOD MARKETS, INC. §

---

GEOTAG, INC.                                        §
                                                    §
v.                                                  §        Case No. 2:12-cv-543
                                                    §
REGIS CORPORATION                                   §

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-544 |
| | § | |
| SALLY BEAUTY SUPPLY LLC | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-545 |
| | § | |
| SEPHORA USA INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-546 |
| | § | |
| TONI&GUY USA, LLC | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-547 |
| | § | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-549 |
| | § | |
| EYEMART EXPRESS, LTD. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-550 |
| | § | |
| LUXOTTICA RETAIL NORTH AMERICA INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-551 |
| | § | |
| NATIONAL VISION INC. | § | |

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-552 |
| | § | |
| U.S. VISION INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-553 |
| | § | |
| WILD BIRDS UNLIMITED INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-554 |
| | § | |
| JOS. A. BANK CLOTHIERS INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-555 |
| | § | |
| BUTH-NA-BODHAIGE INC. | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-556 |
| | § | |
| PSP GROUP, LLC | § | |

| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-cv-557 |
| | § | |
| RITZ INTERACTIVE LLC | § | |

## ORDER DENYING MOTIONS TO WITHDRAW AS COUNSEL

Before the Court are Plaintiff's Unopposed Motions to Withdraw Plaintiff's Motion for Extension of Time to Secure New Counsel.[1] The Court being of the opinion that the same should be **GRANTED**, it is therefore

---

[1] This Order is applicable to the following motions: Plaintiff's Unopposed Motion to Withdraw in Case Nos. 2:10-cv-265 (Doc. No. 314); 2:10-cv-272 (Doc. No. 119); 2:10-cv-569 (Doc. No. 163); 2:10-cv-570 (Doc. No. 518); 2:10-cv-571 (Doc. No. 425); 2:10-cv-572 (Doc. No. 459); 2:10-cv-573 (Doc. No. 325); 2:10-cv-574 (Doc. No. 592); 2:10-cv-575 (Doc. No. 529); 2:10-cv-587 (Doc. No. 344); 2:11-cv-175 (Doc. No. 322); 2:10-cv-403 (Doc. No. 71); 2:11-cv-404 (Doc. No. 411); 2:11-cv-421 (Doc. No. 59); 2:11-cv-424 (Doc. No. 62); 2:11-cv-425 (Doc. No. 52); 2:11-cv-426 (Doc. No. 58); 2:12-cv-43 (Doc. No. 70); 2:12-cv-149 (Doc. No. 61); 2:12-cv-436 (Doc. No. 25); 2:12-cv-437 (Doc. No. 24); 2:12-cv-438 (Doc. No. 23); 2:12-cv-439 (Doc. No. 25); 2:12-cv-441 (Doc. No. 26); 2:12-cv-442 (Doc. No. 25); 2:12-cv-443 (Doc. No. 29); 2:12-cv-444 (Doc. No. 25); 2:12-cv-445 (Doc. No. 23); 2:12-cv-446 (Doc. No. 25); 2:12-cv-447 (Doc. No. 23); 2:12-cv-448 (Doc. No. 25); 2:12-cv-449 (Doc. No. 25); 2:12-cv-450 (Doc. No. 23); 2:12-cv-451 (Doc. No. 26); 2:12-cv-452 (Doc. No. 23); 2:12-cv-453 (Doc. No. 19); 2:12-cv-454 (Doc. No. 24); 2:12-cv-455 (Doc. No. 23); 2:12-cv-456 (Doc. No. 25); 2:12-cv-457 (Doc. No. 27); 2:12-cv-458 (Doc. No. 27); 2:12-cv-459 (Doc. No. 24); 2:12-cv-461 (Doc. No. 26); 2:12-cv-462 (Doc. No. 24); 2:12-cv-463 (Doc. No. 24); 2:12-cv-464 (Doc. No. 25); 2:12-cv-465 (Doc. No. 24); 2:12-cv-466 (Doc. No. 23); 2:12-cv-467

**ORDERED** that Plaintiff's Motions for Extension of Time to Secure New Counsel are **WITHDRAWN** without prejudice.

It is **SO ORDERED.**

**SIGNED** this 20th day of September, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

(Doc. No. 26); 2:12-cv-468 (Doc. No. 24); 2:12-cv-469 (Doc. No. 23); 2:12-cv-470 (Doc. No. 25); 2:12-cv-471
(Doc. No. 24); 2:12-cv-472 (Doc. No. 25); 2:12-cv-473 (Doc. No. 24); 2:12-cv-474 (Doc. No. 30); 2:12-cv-475
(Doc. No. 24); 2:12-cv-476 (Doc. No. 23); 2:12-cv-477 (Doc. No. 24); 2:12-cv-478 (Doc. No. 29); 2:12-cv-479
(Doc. No. 24); 2:12-cv-480 (Doc. No. 25); 2:12-cv-481 (Doc. No. 25); 2:12-cv-482 (Doc. No. 24); 2:12-cv-483
(Doc. No. 24); 2:12-cv-484 (Doc. No. 22); 2:12-cv-486 (Doc. No. 24); 2:12-cv-487 (Doc. No. 24); 2:12-cv-488
(Doc. No. 20); 2:12-cv-520 (Doc. No. 20); 2:12-cv-521 (Doc. No. 21); 2:12-cv-522 (Doc. No. 19); 2:12-cv-523
(Doc. No. 23); 2:12-cv-524 (Doc. No. 20); 2:12-cv-525 (Doc. No. 20); 2:12-cv-526 (Doc. No. 21); 2:12-cv-527
(Doc. No. 21); 2:12-cv-528 (Doc. No. 20); 2:12-cv-529 (Doc. No. 20); 2:12-cv-530 (Doc. No. 20); 2:12-cv-531
(Doc. No. 17); 2:12-cv-532 (Doc. No. 20); 2:12-cv-533 (Doc. No. 20); 2:12-cv-534 (Doc. No. 20); 2:12-cv-535
(Doc. No. 20); 2:12-cv-536 (Doc. No. 20); 2:12-cv-537 (Doc. No. 20); 2:12-cv-538 (Doc. No. 21); 2:12-cv-539
(Doc. No. 20); 2:12-cv-540 (Doc. No. 20); 2:12-cv-541 (Doc. No. 21); 2:12-cv-542 (Doc. No. 20; 2:12-cv-543 (Doc.
No. 23); 2:12-cv-544 (Doc. No. 21); 2:12-cv-545 (Doc. No. 20); 2:12-cv-546 (Doc. No. 20); 2:12-cv-547 (Doc. No.
20); 2:12-cv-549 (Doc. No. 20); 2:12-cv-550 (Doc. No. 20); 2:12-cv-551 (Doc. No. 23); 2:12-cv-552 (Doc. No. 20);
2:12-cv-553 (Doc. No. 20); 2:12-cv-554 (Doc. No. 17); 2:12-cv-555 (Doc. No. 20); 2:12-cv-556 (Doc. No. 20); and
2:12-cv-557 (Doc. No. 20).