## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**FRONTIER COMMUNICATIONS CORP.;** *et al.*, | **2:10-cv-00265** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AROMATIQUE, INC.;** *et al.*, | **2:10-cv-00570** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GUCCI AMERICA, INC.;** *et al.*, | **2:10-cv-00571** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**RENT-A-CENTER, INC.;** *et al.*, | **2:10-cv-00573** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**THE WESTERN UNION COMPANY;** e*t al.*, | **2:10-cv-00574** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ROYAL PURPLE, INC.;** e*t al.*, | **2:10-cv-00575** |

| | |
|---|---|
| **GEOTAG, INC.,** <br><br> v. <br><br> **YAKIRA, L.L.C.; et al.,** | **2:10-cv-00587** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **WHERE 2 GET IT, INC.;** e*t al.*, | **2:11-cv-00175** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **CANON INC. AND CANON U.S.A., INC.,** | **2:12-cv-00043** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **HANESBRANDS INC.** | **2:12-cv-00471** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **J. CREW GROUP INC.** | **2:12-cv-00474** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **SALLY BEAUTY SUPPLY LLC** | **2:12-cv-00544** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE DEFENDANT iCIMS, INC. AND CERTAIN CLAIMS AGAINST DEFENDANTS WHO ARE CUSTOMERS OF iCIMS, INC.**

Plaintiff GeoTag Inc. and iCIMS, Inc., ("iCIMS") pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with GeoTag and iCIMS to bear their own costs, expenses and attorneys' fees.

In addition, iCIMS represents that the following defendants in the above captioned actions are customers of iCIMS who use, purchase, or sell iCIMS products or services (collectively referred to as "iCIMS Customers"):

| Case | iCIMS Customer |
|---|---|
| 2:10-cv-00265 TXED<br>GeoTag v. Frontier Communications | Yellow Book USA, Inc. |
| 2:10-cv-00570 TXED<br>GeoTag v. Aromatique Inc. | Gander Mountain Company |
| 2:10-cv-00571 TXED<br>GeoTag v. Gucci America Inc. | Leslie's Poolmart, Inc. d/b/a Leslie's Poolmart d/b/a Leslie's Swimming Pool Supplies d/b/a Leslie's<br>Barnes & Noble.com<br>Tiffany & Company |
| 2:10-cv-00574 TXED<br>GeoTag v. Western Union Company | Whole Foods Market IP, LP; Whole Foods Market Services, Inc.; Whole Foods Market, Inc. (terminated 3/07/11); Whole Foods, Inc. (terminated 3/07/11) |
| 2:10-cv-00575 TXED<br>GeoTag v. Royal Purple, Inc. | Rite Aid Corporation<br>Terex Corp. |
| 2:10-cv-00573 TXED | Enterprise Holding, Inc.; |

| Case | iCIMS Customer |
|---|---|
| GeoTag v. Rent-A-Center Inc. | Enterprise Rent-A-Car Company |
|  | The Hertz Corp. d/b/a Hertz Corp. d/b/a Hertz Car Rental |
| 2:10-cv-00587 TXED<br>GeoTag v. Yakira, LLC | GNC Nutrition Centers (terminated 7/26/11) d/b/a GNC |
|  | New York & Company, Inc. |
| 2:11-cv-00175 TXED<br>GeoTag v. Where 2 Get It Inc. | Carhartt, Inc. |
|  | Moen, Inc. (terminated 8/08/11) |
| 2:12-cv-00043 TXED<br>GeoTag v. Canon Inc. | Canon Inc., Canon USA, Inc. |
| 2:11-cv-00544 TXED<br>GeoTag v. Sally Beauty Supply, LLC | Sally Beauty Supply, LLC |
| 2:12-cv-00471 TXED<br>Geotag v. Hanesbrands, Inc. | Hanesbrands, Inc. |
| 2:12-cv-474 TXED<br>Geotag v. J. Crew Group, Inc. | J. Crew Group, Inc. |

Based upon this representation, GeoTag and iCIMS move this Court for an order dismissing all claims of infringement against the above identified iCIMS Customers directed solely to the use, manufacture, purchase, or sale of any iCIMS product or service, namely iCIMS job locator product and services, with each respective party (including, but not limited to, GeoTag, iCIMS, and iCIMS customers) to bear its own costs, expenses and attorneys' fees for the dismissed claims.

This dismissal of only certain claims against the above identified iCIMS Customers does not resolve all issues between GeoTag and the iCIMS Customers because the dismissal only applies to claims directed to the use, manufacture, purchase,

4

or sale of iCIMS products or services, namely iCIMS job locator product and services. GeoTag explicitly maintains its claims against the iCIMS Customers that are not directed to the use, manufacture, purchase, or sale of any iCIMS product or service ("Non-iCIMS Claims"). These Non-iCIMS Claims include all accusations of infringement that do not include an accusation directed to an iCIMS product or service. Therefore, because GeoTag's Non-iCIMS Claims remain in the respective cases against the above identified iCIMS Customers, this dismissal is not a complete resolution of issues between GeoTag and the iCIMS Customers, and does not result in the dismissal of the above identified iCIMS Customers from their respective cases.

DATED November 12, 2012.                    Respectfully submitted,

                                            */s/ David R. Bennett*
                                        By: David R. Bennett
                                            Direction IP Law
                                            P.O. Box 14184
                                            Chicago, IL 60614-0184
                                            Telephone: (312) 291-1667
                                            e-mail: dbennett@directionip.com

                                            Daniel Mount
                                            Kevin Pasquinelli
                                            Mount Spelman &Fingerman, PC
                                            333 West San Carlos Street
                                            Riverpark Tower, Suite 1650
                                            San Jose, CA 95110
                                            Telephone: (408) 279-7000
                                            e-mail: dan@mount.com
                                                    kpasquinelli@mount.com

                                            Craig Tadlock
                                            Texas State Bar No. 00791766
                                            Keith Smiley
                                            Texas State Bar No. 24067869
                                            Tadlock Law Firm

2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail: craig@tadlocklawfirm.com
      keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF GEOTAG INC.**

Respectfully submitted

ANDERSON & CUNNINGHAM, P.C.

/s/ *David K. Anderson* (with permission)
David K. Anderson
SBT No. 01174100
SDT No. 7405
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260
ATTORNEY-IN-CHARGE FOR ICIMS, INC.

OF COUNSEL for iCIMS, Inc.:

ANDERSON & CUNNINGHAM, P.C.

Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Steven A. Haber
Matthew A. Green
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103-1895
Telephone: 215-665-3000
Fax: 215-665-3165

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing instrument was filed electronically pursuant to Local Rule CV-5(a) and that a copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) via the Court's CM/ECF on this 12th day of November, 2012.

                                              /s/   *David R. Bennett*
                                              David R. Bennett