# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br>     Plaintiff, <br><br> v. <br><br> THE WESTERN UNION COMPANY; et al., <br>     Defendants. | Civil Action No. 2:10-CV-574-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE OF PIP, INC.

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. and Defendant PIP, Inc. is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag, Inc. and Defendant PIP, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 25th day of March, 2013.**

                                                               ROY S. PAYNE <br>
                                                               UNITED STATES MAGISTRATE JUDGE