**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>THE WESTERN UNION COMPANY, ET AL.<br><br>        Defendants. | Civil Action No. 2:10-cv-574 |

**JOINT MOTION TO SUBSTITUTE PARTIES**

In order to correct the identification of a certain named defendant in this case, Plaintiff GeoTag, Inc. and Defendants The Western Union Company, and Western Union Holdings, Inc. jointly move the Court to substitute Western Union Financial Services, Inc. as a defendant in this case in place of Western Union Holdings, Inc., and show the Court as follows:

    1.    Plaintiff's Complaint lists The Western Union Company, and Western Union Holdings, Inc. (collectively "Defendants") as defendants in this action;

    2.    Upon representation of Defendants, Western Union Holdings, Inc. is not an appropriate defendant for the allegations based on the complaint and infringement contentions. While denying that there is any infringement of a valid claim of the patent-in-suit, Defendants represent that the proper entity in interest (in addition to The Western Union Company) should be Western Union Financial Services, Inc.;

    3.    Therefore, Plaintiff GeoTag and Defendants hereby stipulate and request that the Court enter an order substituting Western Union Financial Services, Inc. for Defendant Western Union Holdings, Inc. and that Defendant Western Union Holdings, Inc. be dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees;

14512263

- 2 -

4. The Parties request that the caption be reformed to reflect the proper parties, as set forth in the proposed Order accompanying this Motion;

5. This Motion is not sought for the purposes of delay, but to ensure that the correct parties are properly joined to this action.


Dated: June 19, 2013

Respectfully submitted,

*By: /s/ David R. Bennett*
David R. Bennett
Direction IP Law
P. O. Box 14184
Chicago, Illinois 60614-0184
Telephone: 312-291-1667
Facsimile: 773-244-1070
dbennett@directionip.com

Daniel S. Mount
Kevin Martin Pasquinelli
Mount, Spelman & Fingerman, PC
333 W. San Carlos St.
Suite 1650
San Jose, California 95110
Telephone: 408-279-7000
Facsimile: 408-998-1473
dmount@mount.com
kpasquinelli@mount.com
Charles Craig Tadlock
Texas State Bar No. 00791766
Keith Bryan Smiley
Texas State Bar No. 24067869
Tadlock Law Firm
2701 Dallas Parkway
Suite 360
Plano, Texas 75093
Telephone: 214-785-6014
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

**COUNSEL FOR PLAINTIFF GEOTAG, INC.**

*By:/s/ Jodi Rosen Wine*
Jodi Rosen Wine
Illinois State Bar No. 6209883
Russell J. Genet
Illinois State Bar No. 6255982
Nixon Peabody, LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Telephone: 312-425-3900
Fax:  312-425-3909
rgenet@nixonpeabody.com
jwine@nixonpeabody.com

Jason Kravitz
Massachusetts State Bar No. 565904
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: 617-345-1000
Fax:  617-345-1300
jkravitz@nixonpeabody.com

J. Thad Heartfield
Texas State Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Firm
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318 (Telephone)
(409) 866-5789 (Facsimile)
thad@jth-law.com
dru@jth-law.com

- 3 -

        Melissa Smith
        Texas State Bar No. 24001351
        Gilliam Smith
        303 S. Washington Ave.
        Marshall, Texas  75670
        903-934-8450
        melissa@gillamsmithlaw.com


        **COUNSEL FOR DEFENDANTS THE**
        **WESTERN UNION COMPANY and**
        **WESTERN UNION HOLDINGS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 19, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                             *By: /s/ Jodi Rosen Wine*
                                               Jodi Rosen Wine

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>THE WESTERN UNION COMPANY, ET AL.<br><br>       Defendants. | Civil Action No. 2:10-cv-574 |

**ORDER**

After consideration of the Joint Motion to Substitute Parties, the Court grants the joint motion to substitute a party, and it is hereby ORDERED:

1. Western Union Financial Services, Inc. is substituted for Defendant Western Union Holdings, Inc. and Western Union Holdings, Inc. is dismissed from this action, without prejudice and with each party to bear its own costs, expenses and attorneys' fees.

2. The caption in this action is reformed to include Western Union Financial Services, Inc. in the place of Western Union Holdings, Inc.

14512263