## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:10-cv-00574 |
| v. | ) | |
| | ) | |
| THE WESTERN UNION COMPANY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED MOTION FOR DISMISSAL
## WITHOUT PREJUDICE OF CERTAIN CLAIMS AGAINST
## DEFENDANTS WHO ARE  CUSTOMERS OF ORACLE AMERICA, INC.

Plaintiff GeoTag Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order

dismissing without prejudice all claims of infringement against certain customers of Oracle

America, Inc.("Oracle") that are directed to the use, purchase, or provision of any career locator

product and services provided by Oracle or its predecessors, with each party to bear its own

costs, expenses and attorneys' fees for the dismissed claims.

In support of this Stipulated Motion, the parties state that the following Defendants use,

purchase, or provide Oracle products or services that contain or include career locator

functionality that has been accused of infringement in the above captioned action:

> ALBERTSONS INC.
> ALBERTSONS LLC
> FIFTH THIRD BANK
> THE SCOTTS COMPANY LLC
> THE WESTERN UNION COMPANY
> OFFICE DEPOT INC.
> WINN-DIXIE STORES INC.

GeoTag requests dismissal of only those claims against the above-identified Oracle

Customers that are directed to the use, manufacture, purchase, or provision of Oracle's career

locator products or services, which does not resolve all issues between GeoTag and the

defendants.  GeoTag expressly maintains its claims against the above-named defendants that are

not directed to the use, manufacture, purchase, or provision of any Oracle product or service.

Accordingly, this Stipulation dismisses the identified claims of infringement, but does not seek

dismissal of any party.  The parties agree to submit separate motion(s) seeking dismissal of any

specific defendant.

Dated:  August 1, 2013                              Respectfully submitted,

                                                     _/s/ David R. Bennett_____

                                                    David R. Bennett
                                                    Direction IP Law
                                                    P.O. Box 14184
                                                    Chicago, IL 60614-0184
                                                    Telephone: (312) 291-1667
                                                    email: dbennett@directionip.com

                                                    Daniel Mount
                                                    Kevin Pasquinelli
                                                    Mount Spelman & Fingerman, PC
                                                    333 West San Carlos Street
                                                    Riverpark Tower, Suite 1650
                                                    San Jose, CA 95110
                                                    Telephone: (408) 279-7000
                                                    e-mail: dan@mount.com
                                                    kpasquinelli@mount.com

                                                    Craig Tadlock
                                                    Texas State Bar No. 00791766
                                                    Keith Smiley
                                                    Texas State Bar No. 24067869
                                                    Tadlock Law Firm
                                                    2701 Dallas Parkway, Suite 360
                                                    Plano, Texas 75093
                                                    Telephone: (903) 730-6789
                                                    e-mail: craig@tadlocklawfirm.com
                                                    keith@tadlocklawfirm.com

                                                    **ATTORNEYS FOR PLAINTIFF
                                                    GEOTAG, INC.**

Dated:  August 1, 2013

Respectfully submitted,

 */s/* Jodi Rosen Wine

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
dschwartz@seyfarth.com

**COUNSEL FOR OFFICE DEPOT INC.**

Wasif H Qureshi
Fish & Richardson PC-Houston
1221 McKinney Street
Ste 2800
Houston, TX 77010
713/654-5300
713-652-0109 (fax)
qureshi@fr.com

**COUNSEL FOR DEFENDANT:**
**WINN-DIXIE STORES INC.**

Brian Charles McCormack
Baker & McKenzie
2001 Ross Ave
Suite 2300
Dallas, TX 75201
214/978-3007
12149783099 (fax)
brian.mccormack@bakermckenzie.com

**COUNSEL FOR DEFENDANT:**
**ALBERTSONS INC. AND ALBERTSONS**
**LLC**

J. Thad Heartfield
Texas State Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318 (Telephone)
(409) 866-5789 (Facsimile)
thad@jth-law.com
dru@jth-law.com

Jodi Rosen Wine
Illinois State Bar No. 6209883
Russell J. Genet
Illinois State Bar No. 6255982
NIXON PEABODY, LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Telephone: 312-425-3900
Fax:  312-425-3909
jwine@nixonpeabody.com
rgenet@nixonpeabody.com

Jason Kravitz
Massachusetts State Bar No. 565904
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: 617-345-1000
Fax:  617-345-1300
jkravitz@nixonpeabody.com

**COUNSEL FOR DEFENDANTS:**
**FIFTH THIRD BANK, THE SCOTTS**
**COMPANY LLC, THE WESTERN UNION**
**COMPANY.**