**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | Case No. 2:10-CV-574-MHS-RSP |
| | § | |
| WESTERN UNION COMPANY., ET AL. | § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion to Enter GeoTag's Proposed Case Management Schedule, Postpone the Pretrial Conference and Trial Setting Date Four Months, and Create a Single Case Number for Consolidated Filings (Dkt. No. 627, filed November 6, 2012). Previously, the Court declined the invitation to consolidate cases. On May 15, 2013, the Court entered a First Amended Protective Order (Dkt. No. 717). On July 3, 2013, the Court noticed a hearing on claim construction. Accordingly, and in light of the Court's new Docket Control Order, the Court finds that GeoTag's Motion to Enter GeoTag's Proposed Case Management Schedule and the parties' Joint Motions for Entry of a Protective Order (Dkt. No. 627) should be and are hereby **DENIED AS MOOT**.

**SIGNED this 26th day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE