**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| GEOTAG INC., | |
| Plaintiff, | |
| v. | Case No. 2:10-cv-574-MHS-RSP |
| THE WESTERN UNION COMPANY, *et al.*, | |
| Defendants. | |

## AGREED MOTION TO STAY PROCEEDINGS FOR PLAINTIFF GEOTAG, INC. AND CERTAIN DEFENDANTS

Plaintiff GeoTag, Inc. and the Moving Defendants listed below (collectively, the "Moving Parties"), by and through their undersigned counsel, file this Joint Motion to Stay Proceedings as between the Moving Parties.  The Moving Defendants are:

- Fifth Third Bank
- Home Depot U.S.A., Inc. d/b/a The Home Depot U.S.A.
- OfficeMax Inc.
- Steelcase Inc.
- SunTrust Banks, Inc.
- SunTrust Investment Services, Inc.
- Walgreen Co. d/b/a/ Walgreens
- The Western Union Company
- Western Union Financial Services, Inc.

The Moving Defendants and Plaintiff have successfully mediated the dispute between them and are desirous of resolving their dispute.  The parties are  currently negotiating terms relating to such resolution.  Accordingly, the parties respectfully request that the Court stay all proceedings, including deadlines and related motions, for 14 days in this case as between the Moving Parties, up to and including October 31, 2013.  This limited extension of time is for good cause and so

that justice may be served.  All other deadlines as to the remaining defendants would remain

unchanged.

Dated this 17th day of October, 2013.

Respectfully submitted,

*/s/ Kamran Jivani*
Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
**Alston & Bird, LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Fax:     (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
**ALSTON & BIRD, LLP**
2828 North Harwood Street
Suite 1800
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:     (214) 922-3899

*Attorneys for Defendants Fifth Third Bank;
Home Depot U.S.A., Inc.; OfficeMax Inc.;
Steelcase Inc.; SunTrust Banks, Inc.;
SunTrust Investment Services, Inc.;
Walgreen Co. d/b/a/ Walgreens; The
Western Union Company; Western Union
Financial Services, Inc.*

By:   /s/*William H. Stewart*
        William H. Stewart

        Daniel S. Mount, Esq.
        California State Bar No. 77517
        Kevin M. Pasquinelli, Esq.
        California State Bar No.246985
        William H. Stewart, Esq.
        California State Bar No. 287782
        Mount Spelman & Fingerman, PC
        333 West San Carlos Street
        Riverpark Tower, Suite 1650
        San Jose, CA 95110
        Telephone: (408) 279-7000
        e-mail:   dan@mount.com
                    kpasquinelli@mount.com
                    wstewart@mount.com

        David R. Bennett
        Direction IP Law
        P.O. Box 14184
        Chicago, IL 60614-0184
        Telephone: (312) 291-1667
        e-mail:   dbennett@directionip.com

        Craig Tadlock
        Texas State Bar No. 00791766
        Keith Smiley
        Texas State Bar No. 24067869
        Tadlock Law Firm
        2701 Dallas Parkway, Suite 360
        Plano, Texas 75093
        Telephone: (903) 730-6789
        e-mail:   craig@tadlocklawfirm.com
                    keith@tadlocklawfirm.com

        ATTORNEYS FOR PLAINTIFF GEOTAG, INC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served via email and/or electronic download on counsel of record for all parties, on the 18th day of October, 2013.

By:   /s/ *Kamran Jivani*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that the counsel for Plaintiff and counsel for Defendants conferred and agreed upon the substance of this motion on October 17, 2013.

By:   /s/ *Kamran Jivani*