IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>THE WESTERN UNION COMPANY, *et al.*,<br>　　　Defendants | Civil Action No. 2:10-CV-00574-MHS-RSP |

### ORDER

The Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between Plaintiff and Defendants The Western Union Company and Western Union Financial Services, Inc. (collectively "Defendant") is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate The Western Union Company and Western Union Financial Services, Inc. from Case No. 2:10-cv-574.

**SIGNED this 7th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE