# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

GEOTAG, INC.,
    Plaintiff,

        v.

THE WESTERN UNION COMPANY., *et al.*,
    Defendants

Civil Action No. 2:10-CV-00574

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant") is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendant are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

It is further ORDERED that the Court retains jurisdiction to enforce the parties' settlement agreement, the terms of which include the payment of settlement funds to Plaintiff.

IT IS SO ORDERED.

**SIGNED this 21st day of May, 2014.**

                              ROY S. PAYNE
                              UNITED STATES MAGISTRATE JUDGE