# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG INC., | § | |
| | § | |
| v. | § | CASE NO. 2:10-CV-572-MHS-RSP |
| | § | |
| STARBUCKS CORP., et al. | § | |
| _____ | § | |
| | § | |
| GEOTAG INC., | § | |
| | § | |
| v. | § | CASE NO. 2:10-CV-574-MHS-RSP |
| | § | |
| THE WESTERN UNION CO., et al. | § | |

## ORDER

The Court enters this Order sua sponte. The Court has previously ordered that one-half of fees due to Special Master McGovern ("McGovern") are to be paid by the plaintiff and the remaining one-half of fees are to be paid collectively by the defendants (Case No. 2:10-CV-572, Dkt. No. 577 and Case No. 2:10-CV-574, Dkt. No. 733). The fees to be paid by defendants are divided on a pro-rata basis among those defendants who had not reached a settlement at the time of billing. Such pro-rata basis is not to be based on amounts in controversy.

Attached to this Order as Appendix 1 Professor McGovern's invoice for services through March 2014.

Payment should be sent to Hon. Francis McGovern, c/o Viebig, McCommon & Associates, 401 West Alabama, Houston, TX 77006. If any defendants have questions about McGovern's bills, they should contact him directly at (202) 744-6750 or by email at mcgovern@law.duke.edu.

It is hereby **ORDERED** that all defendants shall remit payment of all amounts due to McGovern within fourteen days of the date of this Order. Defendants who fail to pay within this period will be ordered to attend a hearing to show cause why they should not be sanctioned for

contempt.

It is further **ORDERED** that the Clerk of the Court shall send copies of this Order to the counsel indicated on the list attached to this Order as being in matters before Magistrate Judge Payne. Each counsel receiving this Order is ORDERED to transmit a copy of this Order to each of his or her listed clients, and to ensure their client's prompt compliance with this Order.

**SIGNED this 1st day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

# APPENDIX 1

FRANCIS E. MCGOVERN
401 WEST ALABAMA
HOUSTON, TX 77006

TEL: 713 529-9949                                                                                       FAX: 713 529-9702

April 19, 2014

Mr. James S. Blackburn
Arnold & Porter, LLP
44th Floor
777 South Figueroa Street
Los Angeles, California  90017-5844
FAX: 213 243-4199

RE:   GeoTag, Inc. v. Frontier Communications Corp., et al., Case No. 2:10-cv-265-JRG (Lead Case), E.D. Tex.

Dear Mr. Blackburn:

Attached in Appendix A is the billing for defendants who were in the above referenced case in March, 2014.  Included are time and expenses in April related to those defendants.  In accordance with the applicable orders of appointment, those defendants are responsible for 50% of the fees and expenses.  There are 34 defendants in the cases assigned to Judge Gilstrap and 14 cases assigned to Judge Payne for a total of 48 defendants.   These defendants are responsible for a pro rata share of the 50% of time and expenses incurred or $200,869.15 divided by 50% and $100,434.57 divided by 48.  Each of the defendants contained in Appendix B are responsible for $2,092.39.

Please remit payment to:

Francis E. McGovern
401 West Alabama
Houston, TX  77006

Please call if you have any questions.

Sincerely,

Francis E. McGovern

jr
Enclosures

# APPENDIX A

## Statement for Services

March/April 2014

| | | |
|---|---|---:|
| 3/3 | Telephone conferences; reading material from counsel; organization of defense contribution | 3.00 |
| 3/4 | Telephone conferences; reading material from counsel; organization of defense contribution | 7.25 |
| 3/5 | Travel to Dallas; preparation for meetings; telephone conferences | 12.00 |
| 3/6 | Meetings; travel from Dallas; reading material from counsel | 12.00 |
| 3/7 | Telephone conferences; reading material from counsel; organization of defense contribution | 9.50 |
| 3/10 | Telephone conferences; reading material from counsel; organization of defense contribution | 5.50 |
| 3/12 | Travel to Houston; preparation for meetings | 9.50 |
| 3/13 | Meetings travel to San Francisco; preparation for meetings | 9.25 |
| 3/14 | Meetings; telephone conferences; organization of defense contribution | 7.00 |
| 3/16 | Travel from San Francisco; reading material from counsel; organization of defense contribution | 9.75 |
| 3/19 | Travel to Dallas; preparation for meetings; telephone conference | 6.25 |
| 3/20 | Meetings; travel from Dallas; reading material from counsel | 8.00 |
| 3/21 | Telephone conferences; reading material from counsel | 4.25 |

| Date | Description | Hours |
|---|---|---|
| 3/25 | Telephone conferences; reading material from counsel; organizing defense contribution | 9.00 |
| 3/26 | Telephone conferences; reading material from counsel; organization of defense contribution | 6.75 |
| 3/31 | Travel to Dallas; preparation for meetings | 8.00 |
| 4/1 | Meetings; travel from Dallas; telephone conferences; reading material from counsel; organizing defense contributions | 8.50 |
| 4/2 | Organizing defendant contribution | 2.25 |
| 4/4 | Organizing defendant contribution | 3.25 |
| 4/7 | Organizing defendant contribution | 2.00 |
| 4/8 | Organizing defendant contribution | 2.50 |
| 4/11 | Organizing defendant contribution | 3.75 |
| 4/12 | Organizing defendant contribution | 6.00 |
| 4/14 | Travel to Marshall; preparation for hearing | 8.00 |
| 4/15 | Hearing; travel from Marshall | 14.00 |
| 4/16 | Travel to Houston; preparation for meeting with accountants | 2.00 |
| 4/17 | Meeting with accountants | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 4/18 | Meeting with accountants; organization of defendant contribution | 1.50 |
| 4/20 | Travel from Houston; organization of defendant contribution | 2.25 |
| 4/21 | Organization of defendant contribution | 3.75 |
| 4/23 | Organization defense contribution | 3.25 |
| 4/30 | Organization defense contribution; preparation of draft billing orders | 6.50 |
| | Total hours | 198.50 |

## Statement for Expenses

March/April 2014
  Dallas

| | | | |
|---|---|---:|---:|
| 3/5-3/6 | Airfare | $ | 711.00 |
| | Food and Lodging | | 158.84 |
| | Ground Travel | | 22.00 |
| 3/12-3/16 | Houston | | |
| | Airfare | $ | 1,451.90 |
| | Food and Lodging | | 182.86 |
| | Ground Travel | | 380.00 |
| 3/19-3/20 | Dallas | | |
| | Airfare | $ | 756.00 |
| | Food and Lodging | | 305.32 |
| | Ground Travel | | 105.00 |
| 3/31-4/1 | Dallas | | |
| | Airfare | $ | 1,462.00 |
| | Food and Lodging | | 393.40 |
| | Ground Travel | | 179.10 |
| 4/14-4/15 | Marshall | | |
| | Airfare | $ | 735.00 |
| | Food and Lodging | | 117.52 |
| | Ground Travel | | 84.23 |
| | Other out of pocket expenses including long distance, deliveries, photocopying and accounting | $ | 35,024.98 |

# Summary

March/April 2014

| | |
|---|---:|
| Total Hours | 198.50 |
| Total Hours @ $800 per hour | $ 158,800.00 |
| Total Expenses | $ 42,069.15 |
| Total amount due from defendants | $ 200,869.15 |

VIEBIG McCOMMON & ASSOCIATES, PC
401 WEST ALABAMA
HOUSTON, TEXAS 77006

713.529.9949                                                                                              713.529.9207 FAX

April 30, 2014

Francis E. McGovern
6228 Buffalo River Road
Earlysville, Virginia  22936-1747
-----------------------------------------------------------------------------------------------------------
For services rendered in connection with accounting for GeoTag v. Frontier

                       Amount due  $35,000

# APPENDIX B

| GeoTag Defendants | Subsidiaries | Firm Name | Dismissal Order Date | Judge |
|---|---|---|---|---|
| 7-Eleven Inc. | | Vinson & Elkins | 3/5/2014 | Gilstrap |
| Academy, Ltd. (Sports) | | Klemchuk Kubasta | 3/14/2014 | Gilstrap |
| American Apparel Inc. | | Bryan Cave | 3/18/2014 | Gilstrap |
| Avis Budget Group Inc. | Avis (Avis Rent A Car), Budget (Avis Budget) | Fish & Richardson | 3/3/2014 | Gilstrap |
| BCBG Max Azria Group Inc. | | Ward & Zinna | 3/12/2014 | Gilstrap |
| Big Lots | | Alston Bird | 3/11/2014 | Gilstrap |
| BJ's Wholesale Club Inc. | | Fish & Richardson | 3/5/2014 | Gilstrap |
| Charming Shoppes Inc. | Catherine's, Fashion Bug, Lane Bryant | Fish & Richardson | 3/3/2014 | Gilstrap |
| David's Bridal Inc. | | Fish & Richardson | 3/14/2014 | Gilstrap |
| Deere & Company | | Willams Morgan Amerson | 3/14/2014 | Gilstrap |
| Dillard's Inc. | | Alston Bird | | Gilstrap |
| Dollar Thrifty Automotive Group Inc. | Dollar Rent A Car, Thrifty, Dollar Tree Management | Fish & Richardson | 3/3/2014 | Gilstrap |
| Dollar Tree Inc | | Fish & Richardson | 3/14/2014 | Gilstrap |
| The Dress Barn Inc | | Fish & Richardson | 3/3/2014 | Gilstrap |
| DSW Inc. D/B/A DSW Shoe, Inc. | | Wood Herron | 3/7/2014 | Gilstrap |
| Enterprise Holdings, Inc.; Vanguard Car Rental USA, LLC | Alamo Rent A Car, National Car Rental System, Enterprise Holding, | Crowell & Moring | 3/12/2014 | Gilstrap |
| Gander Mountain Company | | Thompson Coburn | 3/19/2014 | Gilstrap |
| Genesco Inc. | Johnston & Murphy, Journeys Kidz, Journeys, Lids Hat World, Shi by Journeys, Underground Station | Kilpatrick Townsend | 3/3/2014 | Gilstrap |
| Guess? Retail Inc. | | Fish & Richardson | 3/14/2014 | Gilstrap |
| Hot Topic Inc. | Hot Topic, Torrid | Fish & Richardson | 3/18/2014 | Gilstrap |
| Jimmy Jazz E-Commerce, LLC | | Potter Minton | 3/18/2014 | Gilstrap |
| Kohler Co. | | Fish & Richardson | 3/18/2014 | Gilstrap |
| Kubota Tractor Corporation | | Fish & Richardson | 3/18/2014 | Gilstrap |
| National Vision Inc. | America's Best, Eyeglass World | Fulbright & Jaworski | 3/18/2014 | Gilstrap |
| Payless Car Rental System, Inc. | Payless Car Rental, Payless Car Sales | Fish & Richardson | 3/3/2014 | Gilstrap |
| Polo Ralph Lauren Corporation | | Fish & Richardson | 3/3/2014 | Gilstrap |
| RadioShack Corp. | | Fish & Richardson | 3/3/2014 | Gilstrap |
| Regis Corporation | Best Cuts, Bonics, Carlton Hair, City Looks, Cost Cutters, Empire Beauty Schools, Sassoon Academy, The Hari Design School | Fulbright & Jaworski | 3/14/2014 | Gilstrap |
| Spencer Gifts LLC | | Fulbright & Jaworski | 3/18/2014 | Gilstrap |
| Terex Corporation | | Brooks Kushman | 3/18/2014 | Gilstrap |
| The Pep Boys -- Manny Moe & Jack | | Alston Bird | 3/3/2014 | Gilstrap |
| Things Remembered, Inc. | | Fay Sharpe | 3/18/2014 | Gilstrap |
| Trane Inc. | | Loeb & Loeb | 3/13/2014 | Gilstrap |
| Wal-Mart Stores, Inc. | | Sheppard Mullin Richter & Hampton, White & Case | 3/19/2014 | Gilstrap |